# EXHIBIT 20

**STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA**
**ADMINSTRATIVE DUE PROCESS HEARING REQUEST**

- **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
- **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION _ I REQUEST MEDIATION AND A HEARING _X_ I REQUEST A HEARING

**STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED**

Student Name: _Sean Raynor_ DOB: _April 25th, 1989_

Address: 249 Farragut Street, NW, Washington, DC 20011_

Present School of Attendance: McKinley Tech.

Home School: McKinley Tech.
(Neighborhood school where child is registered)

---

**COMPLAINT IS MADE AGAINST:** _The District of Columbia Public Schools________________
DCPS and/or D.C. Public Charter School-specify charter school

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name: _Ms. Francine Raynor

Address:_229 Farragut Street, NW, Washington, DC 20011__

Phone: (H) _______________ (W) ____________________ (Fax) __________________

Relationship to Student: _X_ Parent __ Self __ Legal Guardian ___ Parent Surrogate ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**

Name: ___Domiento C.R. Hill, Esq.__ Phone: (W) _202-742-2000_____ (Fax) _____________

Address: ______________________________________________

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: May 11th, 2005 ____ May 12th, 2005 ____ May 13th, 2005 ____

Mediation: ____________ ____________ ____________

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

Interpreter
___ Foreign Language ______________________
___ Sign Language ______________________
___ Other ______________________

Special Communications ______________________________
Special Accommodation for Disability ______________________
Other ________________________________________

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below: (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

1. **Denial of a Free and Appropriate Public Education - Failure to Provide the Student with His Recommended Assistive Technology Devices.**

An MDT/IEP Meeting was held for the student on or about March 11th, 2005. The purpose of the MDT/IEP Meeting was to review the student's outstanding evaluations and revise and update the student's IEP as necessary as ordered/agreed upon as a result of several hearing officer's determination and settlement agreements.

One of the assessments the MDT Team reviewed at the student's MDT/IEP Meeting was an assistive technology evaluation. As a result of that evaluation, the MDT Team recommended that the student receive the following assistve technology devices to help assist him school: 1) a digital voice recorder; 2) recording books; 3) an electronic dictionary; 4) memory cards; 5) Windows III; and 6) a Mathpad Plus. See MDT/IEP Meeting Notes dated March 11th, 2005.

Counsel for the parent, as a follow-up to the recommendations of the MDT/IEP Team, on or about March 18th, 2005, wrote to the DCPS Office of Mediation and Compliance requesting that DCPS provide the recommended devices for the student. See Correspondence dated March 18th, 2005. Counsel for the parent further informed DCPS that in the event DCPS failed to provide the recommended equipment, the parent would exercise any and all rights available to her. Id. Unfortunately, this letter generated no response from DCPS. DCPS' failure to provide the student with his recommended assistive technology equipment amounts to a denial of a Free and Appropriate Public Education.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

1. Did DCPS deny the student with a Free and Appropriate Public Education by failing to provide the student with his assistive technology devices.

**Describe relevant facts relating to the problem:**

See section under Nature of the Problem.

**State how you would like to see the problem corrected:**

1. A finding that DCPS denied the student a Free and Appropriate Public Education by failing to provide him with his recommended assistive technology devices.

2. DCPS, within five (5) school days, to the extent they have not already been provided to the student, agrees to provide the student with the following assistive technology devices: 1) a digital voice recorder; 2) recording books; 3) an electronic dictionary; 4) memory cards; 5) Windows III; and 6) a Mathpad Plus

3. Based on the finding of fact and conclusion of law, the relief obtained by the parent materially alters the legal relationship of the parties by modifying the DCPS behavior in a way that benefits the parent.

4. A finding that the parent is the prevailing party in this action.

Signature of Applicant/Parent (Required)

April 7th, 2005
Date (Required)

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002 FAX: (202) 442-5556**

***FOR OFFICE USE ONLY:***
Case Number: ____________________
Student ID#: ____________________

Form 101 Revised 02/01/2003

**********************
*** TX REPORT ***
**********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1561 |
| CONNECTION TEL | 92024425556 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 04/07 15:52 |
| USAGE T | 00'49 |
| PGS. SENT | 5 |
| RESULT | OK |

# James E. Brown & Associates, PLLC

*A Professional Limited Liability Company*


James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West•◊

* Admitted in Maryland Only
♦ Admitted in New York Only

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnight
Marshall Lammers*◊

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar


# FAX COVER SHEET

TO: Sharon Newsome, Scheduling Coordinator, Office of Student Hearings, DCPS

FROM: Domiento C.R. Hill, Esq,

DATE: April 7th, 2005

FAX NO: 202-442-5556

SUBJECT: S.R., DOB: 4/25/89

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Administrative due process hearing request. Thank-you for your assistance.

______________________________________________

______________________________________________

# District of Columbia Public Schools

**Office of Management Services**
**Tonya M. Butler-Truesdale, Due Process Hearing Officer**
**825 North Capitol Street, N.E.; Room 8076**
**Washington, D.C. 20002**
**(202) 518-6867**
**Facsimile: (202) 442-5556**

DC PUBLIC SCHOOL SYSTEM
2006 JAN -3 PM 1:29

**Confidential**

| | | |
|---|---|---|
| **SEAN RAYNOR, STUDENT** | ) | |
| | ) | |
| **Date of Birth: April 25, 1989** | ) | Hearing Date: November 9, 2005 |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS** | ) | Held at: 825 North Capitol Street, N.E. 8th Floor Washington, D.C. 20002 |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**INTERIM HEARING OFFICER'S DETERMINATION**

| | |
|---|---|
| **Parents:** | Ms. Francina Raynor<br>229 Farragut Street, NW<br>Washington, D.C. 20011 |
| **Counsel for Petitioner:** | Christopher West, Esquire<br>1220 L Street, NW, Suite 700<br>Washington, D.C. 20017<br>(202) 742-2000; Fax: (202) 742-2098 |
| **Counsel for DCPS:** | Katherine Rodi, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.; 9th Floor<br>Washington, D.C. 20002 |

## I. JURISDICTION

. The Due Process Hearing was convened and this Order is written pursuant to Public Law 108-446, the *Individuals with Disabilities Education Improvement Act of 2004 (I.D.E.I.A.)*, 20 U.S.C. Section 1400 et seq.; 34 C.F.R. Section et seq.; 5 D.C.M.R. Section 3000.; Section 143 of the D.C. Appropriations Act, effective October 21, 1998; and the Rules of the Board of Education of the District of Columbia.

## II. DUE PROCESS RIGHTS

Parent's counsel waived a formal reading of the due process rights..

## III. STATEMENT OF THE CASE

On April 8, 2005 a Due Process Hearing Request was submitted to the Student Hearing Office. A hearing was convened on September 9, 2005 and the remaining issue at dispute was the absence of several assistive technology devises required to implement Petitioner's IEP. The hearing was reconvened on November 9, 2005 at 9:00am at which time it was determined that Petitioner still had not received several components of the assistive technology devises required to implement his IEP.

## IV. FINDINGS OF FACT

On the date of the November 9, 2005 hearing, it was clear from the proffer and testimony of the witnesses which assistive technology devises (recording books, memory cards, Wynn III software, & Math Pad Plus) were still not provided to Petitioner. The parties agreed that the most expeditious manner to resolve the matter was for the parent to acquire the memory cards and DCPS to convene an MDT/IEP to address the now resulting issue of compensatory education as soon as possible.

## VI. ORDER

1. DCPS shall provide all remaining assistive technology devises by December 11, 2005 with the exception of the memory cards which the parent will procure and forward invoices to DCPS for an amount no grater than $350.00. The

invoices/receipts shall be provided to DCPS within 30 days of Petitioner's receipt of the Math Pad Plus.

2. DCPS shall forward Petitioner his reading books no later than December 11, 2005.
3. DCPS shall convene an MDT meeting to discuss compensatory education for the delayed receipt of the assistive technology devises (with the exception of the Wynn III software) no later than January 31, 2006.
4. Both DCPS and Petitioner shall forward a status report to the hearing officer no later than February 9, 2005 to alert the hearing officer to the final disposition of all assistive technology devises and the adequacy of Petitioner's resulting compensatory education plan.

**This is the FINAL ADMINISTRATIVE DECISION. An Appeal can be made to a court of competent jurisdiction within thirty (30) days of this Order's issue date.**

Tonya M. Butler-Truesdale
Hearing Officer

Date: January 3, 2006

Issued: 1/3/06

Copies to:

Mr. Christopher West, Esquire
1220 L Street, NW, Suite 700
Washington, D.C. 20017
(202) 742-2000; Fax: (202) 742-2098

Katherine Rodi Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

# District of Columbia Public Schools

*Office of Compliance*

## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 1/3/06

TO: C. West

FROM: STUDENT HEARING OFFICE

RE: Laynor, Sean/HOD

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

*CONFIDENTIALITY NTOICE:* The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.



# District of Columbia Public Schools

OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone - 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**

Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
Attorney: JAMES E. BROWN
Federal Tax ID No.: 52-1500760
D.C. Bar No.: 61622

2. **Student Information**

Name: Sean Raynor
DOB: 4/25/89
Date of Determination (HOD/SA): 1/3/06
Parent/Guardian Name: Francina Raynor
Parent/Guardian Address: 229 Farragut St., NW, WDC 20011
Current School: Paul PCS
Home School: Paul PCS

3. **Invoice Information**

Invoice Number: 06-038
Date Request Submitted: 1/12/06
Date(s) Services Rendered 10/1/04 to 11/9/05
Amount of Payment Request $ 25,488.24

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

James E. Brown
Signature

January 12, 2006
Date

# LEGEND

## ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

## PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracelly A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |
| BC | Blair Copeland |

## ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Comesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

## OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

12/27/2005

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Sean Raynor

January 10, 2006
In Reference To: Sean Raynor

Invoice #11198

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/1/2004 | KC | Reviewed case in prep for advocate departure. | 0.33<br>185.00/hr | 61.05 |
| 10/7/2004 | KD | Phone call to Phoenix Therapeutic Services re Asst Tech Eval - left voice mail message | 0.08<br>110.00/hr | 8.80 |
| 10/14/2004 | KD | Phone call to Phoenix Therapeutic Services regarding address and/or fax to request Assistive Technology Eval - had to leave voice mail message | 0.08<br>110.00/hr | 8.80 |
| 10/19/2004 | KD | Requested evaluations (Assistive Technology Assessment) to Phoenix Therapeutic Services via fax and first class mail/copies to advocate and case file / added to case notes | 0.75<br>110.00/hr | 82.50 |
| | KD | Drafted letter to parent and enclosed a copy of the Rqst for Asst Tech Assmnt to Phoenix Therapeutic Services/copy to advocate and case file | 0.33<br>110.00/hr | 36.30 |
| 11/3/2004 | KD | Phone call from Leonard McPherson of Phoenix Therapeutic Services re Phase I of Asst Tech Eval has begun | 0.08<br>110.00/hr | 8.80 |
| 11/16/2004 | KD | Phone call to Mr. McPherson at Phoenix Therapeutic Services regarding status of Assistive Technology Assessment/and call to Atty Hill re same | 0.17<br>110.00/hr | 18.70 |
| 12/2/2004 | KD | Phone call to Phoenix Therapeutic Services re Asst Tech Assmnt and call to Atty Hill re same - Phase Three to be completed by end of next week and final report to be forwarded upon completion | 0.17<br>110.00/hr | 18.70 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2004 | KD | File Review and sent letter to parent/student | 0.17<br>110.00/hr | 18.70 |
| 1/3/2005 | KD | Phone call from Atty Hill re status of Asst Tech Eval | 0.08<br>110.00/hr | 8.80 |
| | KD | Phone call to Phoenix Therapuetic Services re status of Asst Tech Assmnt and call to Atty Hill re follow-up call | 0.17<br>110.00/hr | 18.70 |
| 2/11/2005 | DH | Review the student's assistive technology evaluation, send a copy of the assessment to DCPS and request that they reconvene. | 0.83<br>350.00/hr | 290.50 |
| | KD | faxed the Asst Tech Assmnt eval report to Mediation and Compliance and OSE at DCPS and to McKinley Tech per Atty Hill | 0.25<br>110.00/hr | 27.50 |
| | KD | Drafted letter to parent/enclosed copy of 1-12-05 Asst Tech eval report from Phoenix Therapeutic Services, HOD and Rqst for MDT by Atty Hill/copy to advc and file | 0.42<br>110.00/hr | 46.20 |
| 2/23/2005 | DH | Draft and send letter to the DCPS Office of Mediation and Compliance requesting that they comply with the order of the independent hearing officer. | 0.25<br>350.00/hr | 87.50 |
| 2/28/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 2-23-05 Ltr to DCPS re MDT or HR to be filed/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 3/11/2005 | DD | Reviewed file and update folder for upcoming IEP | 1.17<br>185.00/hr | 216.45 |
| | DD | Attended MDT/IEP @school | 2.83<br>185.00/hr | 523.55 |
| 3/18/2005 | DH | Draft and send letter to the DCPS Office of Special Education requesting compliance with the recommendations of the MDT/IEP Team. | 0.33<br>350.00/hr | 115.50 |
| 3/22/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 3-18-05 Ltr to DCPS re asst tech services after spring break/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 4/7/2005 | DH | Review the student's educational file, conduct educational research regarding the DCPS' duty to provide the student with his recommended assistive technology assessments, draft and file administrative due process hearing request alleging the DCPS denied the student FAPE by failing to provide the student with his assistive technology equipment. | 3.25<br>350.00/hr | 1,137.50 |
| 4/11/2005 | KD | Drafted letter to parent/enclosed copy of 4-7-05 HR/copy to advc and file | 0.33<br>110.00/hr | 36.30 |
| 4/18/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/18/2005 | KD | Phone call to parent re upcoming hearing | 0.08<br>110.00/hr | 8.80 |
| | KD | Reviewed HN and added hearing date and time to Outlook Calendar | 0.08<br>110.00/hr | 8.80 |
| 4/20/2005 | DD | Reviewed file and request for HOD | 1.50<br>185.00/hr | 277.50 |
| 4/29/2005 | DH | Review the student's educational file, prepare documents for five-day disclsoure. | 0.75<br>350.00/hr | 262.50 |
| | DD | Reviewed file for upcoming IEP | 2.00<br>185.00/hr | 370.00 |
| | DD | Attended MDT/IEP @school | 3.83<br>185.00/hr | 708.55 |
| 5/2/2005 | DD | Reviewed update file and review notes from IEP | 1.50<br>185.00/hr | 277.50 |
| 5/6/2005 | WB | Assisted attorney to prepare disclosure to DCPS | 1.67<br>110.00/hr | 183.70 |
| | WB | Conference with parent re: case status and upcoming hearing on 5/13/05 @ 1:00 pm | 0.17<br>110.00/hr | 18.70 |
| 5/12/2005 | DH | Draft motion for continuance on behalf of the attorney assigned to the case, receive signature after review, file and fax with the DCPS Attorney Advisor assigned to the case and the DCPS Office of Student Hearings. | 0.33<br>350.00/hr | 115.50 |
| 5/13/2005 | DD | Reviewed file and letter to Ms. Newsome | 0.50<br>185.00/hr | 92.50 |
| 5/16/2005 | KD | Drafted letter to parent/enclosed copy of diagnostic assmnt of 5-12-05 and Atty's Ltr to DCPS/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| | KD | Drafted letter to parent/enclosed copy of Joint Motion for Continuance/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 6/6/2005 | KD | Phone call from parent re placement at Lindamood Bell | 0.08<br>110.00/hr | 8.80 |
| | KD | typed email memo to Atty Hill re call from parent about placement at Lindamood Bell | 0.17<br>110.00/hr | 18.70 |
| | KD | Phone call to Lindamood Bell re placement start date from DCPS | 0.08<br>110.00/hr | 8.80 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2005 | KD | Reviewed file for information requested by parent via telephone | 0.42<br>110.00/hr | 46.20 |
| | DH | Review the student's educational file to determine DCPS compliance with the order, conduct educational research regarding remedies available to the parent, draft administrative due process hearing request for Ms. Neloms' review and execution. | 1.00<br>350.00/hr | 350.00 |
| | RN | Review the first amended draft administrative due process hearing request prepared by Mr. Hill. | 0.25<br>365.00/hr | 91.25 |
| 6/7/2005 | KD | Drafted letter to parent/enclosed copy of 6-6-05 First Amended HR/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 6/13/2005 | DH | Discussion with the parent regarding the status of the student's case. | 0.17<br>350.00/hr | 59.50 |
| | DH | Review the student's educational file, prepare five-day disclosures. | 1.00<br>350.00/hr | 350.00 |
| 6/20/2005 | WB | Conference with parent re: case status and upcoming hearing on 6/27/05 | 0.17<br>110.00/hr | 18.70 |
| | WB | Assisted attorney to prepare disclosure to DCPS | 1.83<br>110.00/hr | 201.30 |
| | WB | Drafted letter to parent w/ HDN enclosed for hearing on 6/27/05 | 0.42<br>110.00/hr | 46.20 |
| 7/6/2005 | KD | Drafted letter to parent/enclosed copy of Asst Tech Order Summary from Office depot/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 7/19/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.50<br>110.00/hr | 55.00 |
| 7/20/2005 | KD | Drafted letter to parent/enclosed copy of Interim Order resetting hearing date to 8-9-05/copy to advc and file/posted to case notes/posted same to Outlook and Desk Calendars | 0.50<br>110.00/hr | 55.00 |
| 7/27/2005 | DH | Draft and file, for Ms. Neloms' review, notice of stay-put after discussion with the parent. | 0.33<br>350.00/hr | 115.50 |
| | RN | Review letter, drafted by Mr. Hill, regarding the parent's notice of stay-put after discussion with the parent. | 0.08<br>365.00/hr | 29.20 |
| 7/29/2005 | KD | Phone call to parent re change in location of upcoming hearing and to confirm date and time | 0.08<br>110.00/hr | 8.80 |
| | KD | Drafted letter to parent/enclosed copy of Notice from DCPS re Change in Location of upcoming hearing/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/2/2005 | KD | Assist attorney to prepare disclosure to DCPS | 2.00<br>110.00/hr | 220.00 |
| 8/3/2005 | KD | Drafted letter to parent/enclosed copy of Atty's Stay Put Notice to DCPS/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 8/5/2005 | KD | Phone call from parent to confirm Hearing Date | 0.08<br>110.00/hr | 8.80 |
| 8/8/2005 | RN | Prepare for the student's administrative due process hearing. | 1.50<br>365.00/hr | 547.50 |
| | DH | Prepare for the student's administrative due process hearing. | 1.50<br>350.00/hr | 525.00 |
| 8/9/2005 | DH | Prepare for the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
| | RN | Prepare for the student's administrative due process hearing. | 1.00<br>365.00/hr | 365.00 |
| | RN | Transportation to and appear at the student's administrative due process hearing. | 3.00<br>365.00/hr | 1,095.00 |
| | DH | Transportation to and appear at the student's administrative due process hearing. | 3.00<br>350.00/hr | 1,050.00 |
| 8/22/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted date and time to Outlook and Desk Calendars | 0.50<br>110.00/hr | 55.00 |
| 8/24/2005 | DD | Reviewed the students file and notice of hearing date | 0.50<br>185.00/hr | 92.50 |
| 9/2/2005 | WB | Drafted letter to parent w/ HDN enclosed for hearing on 9/9/05 @ 11:00 am | 0.50<br>110.00/hr | 55.00 |
| | WB | Conference with parent re: case status and upcoming hearing on 9/9/05 @ 11:00 am | 0.17<br>110.00/hr | 18.70 |
| | WB | Assisted attorney to prepare disclosure to DCPS and Paul Dalton | 1.75<br>110.00/hr | 192.50 |
| | DH | Review the student's educational file, prepare and send five-day disclosures to the DCPS Office of the General Counsel and the DCPS Office of Student Hearings. | 1.00<br>350.00/hr | 350.00 |
| | RN | Review the five-day disclosures prepared by Mr. Hill. | 0.33<br>365.00/hr | 120.45 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/7/2005 | DD | Reviewed the letter from DCPSand file | 0.33<br>185.00/hr | 61.05 |
| 9/8/2005 | DD | Reviewed file for upcoming hearing with DCPS | 1.00<br>185.00/hr | 185.00 |
| | DH | Prepare for the student's administrative due process hearing. | 4.50<br>350.00/hr | 1,575.00 |
| | RN | Prepare for the student's administrative due process hearing. | 2.00<br>365.00/hr | 730.00 |
| 9/9/2005 | RN | Prepare and appear at the student's administrative due process hearing. | 3.00<br>365.00/hr | 1,095.00 |
| | DH | Prepare and appear at the student's administrative due process hearing. | 3.00<br>350.00/hr | 1,050.00 |
| | RN | Draft of a preliminary injunction regarding DCPS' failure to comply with the 45 day timeline to have a hearing and order a final resolution. Draft forwarded to supervising attorney. | 1.50<br>365.00/hr | 547.50 |
| 9/15/2005 | KD | Drafted letter to parent/enclosed copy of Atty's 9-12-05 ltr to AG re Preliminary Injunction filed/copy to advc and file/added to case notes | 0.42<br>110.00/hr | 46.20 |
| 9/30/2005 | KD | Phone call to parent re Asst Tech Equipment and tutoring | 0.08<br>110.00/hr | 8.80 |
| 10/14/2005 | KD | Drafted letter to parent/enclosed copy of HN/copy to advc and file/added to case notes/posted same to Outlook and Desk Calendars | 0.33<br>110.00/hr | 36.30 |
| 10/31/2005 | DH | Discussion with the parent regarding the status of the student's case. | 0.42<br>350.00/hr | 147.00 |
| 11/2/2005 | KD | Assist attorney to prepare disclosure to DCPS | 1.50<br>110.00/hr | 165.00 |
| | DH | Review the student's educational file, prepare and send five-day disclousres. | 1.00<br>350.00/hr | 350.00 |
| | DD | Reviewed the student for upcoming hearing , and complaint filed | 0.83<br>185.00/hr | 153.55 |
| 11/8/2005 | DH | Prepare for the student's upcoming administrative due process hearing. | 3.00<br>350.00/hr | 1,050.00 |
| | DD | Reviewed the file for upcoming hearing | 1.67<br>185.00/hr | 308.95 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2005 | CW | Reviewed prior HOD, IEP, MDT meeting notes in preparation for hearing; teleconference with parent and reviewed witness questions in preparation for hearing | 1.50<br>365.00/hr | 547.50 |
| 11/9/2005 | DD | Appearance to 825 North Capital for due process hearing | 2.00<br>185.00/hr | 370.00 |
| | DH | Prepare for the student's administrative due process hearing. | 2.00<br>350.00/hr | 700.00 |
| | DH | Appear at the student's administrative due process hearing. | 3.33<br>350.00/hr | 1,165.50 |
| | CW | Appearance to 825 North Capital for due process hearing administered by Hearing Office Butler Truesdale | 3.33<br>365.00/hr | 1,215.45 |
| | | For professional services rendered | 90.91 | $23,876.90 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 9/30/2004 | Copied documents for file/adv (rqt for diag/asst tech list) | 3.00 |
| 10/19/2004 | Copied documents; req. for asst. tach eval/HOD/IEP of 8/23/04 | 6.00 |
| | Postage; letter to Phoenix Therapeutic Services | 1.29 |
| | Postage; letter to parent | 0.60 |
| | Facsimile req. for asst. tech eval/HOD & IEP | 28.00 |
| | Facsimile to OGC/OSE req. for asst. tech eval. | 6.00 |
| | Copied documents; asst. tech eval. request for Phoenix Therapeutic Services | 7.00 |
| 12/9/2004 | Postage; letter to parent | 0.37 |
| 12/16/2004 | Facsimile to OMC (letter) | 2.00 |
| 2/11/2005 | Postage; Letter to the parent wtih assistant technology evaluation and HOD. | 0.83 |
| | Copied documents(Parent/adv-1/12/05 asst Tech eval w/ cvr letter) | 361.00 |
| | Facsimile(OSE/Med/Comp.Asst. Tech eval/HOD) | 256.00 |
| | Facsimile(McKinley Tech.asst Tech eval/HOD) | 16.00 |
| 2/23/2005 | Facsimile HR to SHO | 6.00 |
| | Facsimile letter to OMC | 2.00 |

| | | Amount |
|---|---|---|
| 2/28/2005 | Copied documents(Parent/adv-atty's 2/23/05 letter to DCPS re MDT or HR to be file w/cvr letter) | 9.00 |
| | Postage; letter to parent. | 0.37 |
| 3/18/2005 | Facsimile letter to OSE | 2.00 |
| 3/22/2005 | Postage; letter to parent. | 0.37 |
| | Copied letter for the parent and advocate. | 1.50 |
| 4/7/2005 | Facsimile toSHO Hearing request | 5.00 |
| 4/11/2005 | Postage; letter to parent hearing request | 0.60 |
| | Copied documents | 7.20 |
| 4/18/2005 | Copied HN for the parent and advocate. | 1.00 |
| | Postage; letter to parent with HN. | 0.37 |
| 5/6/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied 5 day disclosure for the SHO, OGC and attorney. | 81.50 |
| 5/16/2005 | Copied: Joint motion for continuance with cover letter and diagnostic assmnt., atty's letter to DCPS with cover letter for parent and advocate | 10.50 |
| | Copied: Joint motion for continuance with cover letter for parent and advocate. | 2.50 |
| | Postage; Joint Motion for continuance, Diagnostic Assmnt., and Atty's letter to DCPS to parent. | 1.06 |
| 6/6/2005 | Facsimile- 1st amended HR | 5.00 |
| 6/7/2005 | Postage; First amended HR letter to parent | 0.37 |
| | Copied: First amended HR for parent and advocate. | 3.00 |
| 6/20/2005 | Postage; letter to parent | 0.37 |
| | Copied documents; letter to parent | 0.50 |
| | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied documents(DCPS-Disclosure) | 129.00 |
| 6/28/2005 | Facsimile: Letter to school. | 2.00 |

| Date | Description | Amount |
|---|---|---|
| 7/6/2005 | Copied documents- Asst Tech Order Summary and Cvr Ltr | 1.50 |
| | Postage; Assistant tech order summary to parent. | 0.37 |
| 7/19/2005 | Copied:HN letter for parent and advocate. | 1.00 |
| | Postage; HN letter to parent. | 0.37 |
| 7/20/2005 | Postage; Interim order letter to parent. | 0.37 |
| | Copied documents to parent/advocate: Interim order and cover letter for 8/9/05 | 2.00 |
| 7/28/2005 | Facsimile: Letter to OGC, OMC, and McKinley. | 9.00 |
| | Postage; letter to parent re: HN at new location. | 0.37 |
| 7/29/2005 | Copied documents to parent and advocate: HN and cover letter | 1.00 |
| 8/2/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Copied: Disclosure for SHO and OGC. | 97.50 |
| | Copied: stay put to notice to DCPS for parent and advocate. | 3.00 |
| 8/3/2005 | Postage; stay put letter to DCPS. | 0.60 |
| 8/22/2005 | Copied: HN for parent and advocate. | 1.00 |
| | Postage; HN letter to parent. | 0.37 |
| | Postage; letter to parent re: tutorial service. | 0.60 |
| 9/2/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Postage; letter to parent re: HDN. | 0.37 |
| | Copied: Disclosure for DCPS. | 200.00 |
| | Copied documents; letter to parent re: revised HDN | 0.50 |
| 9/9/2005 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 9/14/2005 | Postage; letter to parent re: attorney's 9/12 letter to attorney | 0.37 |
| | Copied documents<br>RE: Preliminary Injuction | 2.00 |
| 10/13/2005 | Postage; letter to parent re: HN. | 0.37 |
| | Copied: HN and IO for parent and advocate. | 2.00 |

| | | Amount |
|---|---|---|
| 11/2/2005 | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| | Facsimile 2nd request to SHO | 2.00 |
| | Copied: Disclosure for SHO and OGC. | 106.50 |
| 11/9/2005 | Parking at DCPS for attorney | 8.00 |
| | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $1,611.34 |
| | Total amount of this bill | $25,488.24 |