# EXHIBIT 23

# CAROLYN W. HOUCK
*Attorney at Law*
5505 Connecticut Ave. N.W. Suite 174
Washington, D.C. 20015

Admitted in Maryland
& The District of Columbia

Tel: (301) 951-0748
Fax: (301) 951-4248

February 10, 2002

By Facsimile

Ms. Rebecca Bourne, Hearings Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, N.E.
Washington, DC 20002

Complaint and Request for Hearing: Gabriel Rogers

Dear Ms. Bourne:

On behalf of Ms. Sonia Serpas, mother of Gabriel Rogers, I request that you schedule a due process hearing as soon as possible. The hearing should address the failure of the District of Columbia Public Schools (DCPS) to provide Gabriel with a free appropriate public education, as required by the Individuals with Disabilities Education Act.

1. **Date of Birth:** March 23, 1985

2. **Address:** 1017 Irving Street NW, Washington DC 20010

3. **Nature of complaint:** Failure to comply with 34 C.F.R 300.125 (child-find section); failure to respond to the mother's and the charter school's repeated requests to evaluate Gabriel, develop an IEP and provide an appropriate placement.

4. **Present school:** Rock Creek Academy

5. **Proposed resolution:** DCPS to fund independent evaluations that the parent is obtaining; DCPS to convene a BLMDT/IEP meeting and provide an appropriate placement. DCPS to fund Gabriel's placement at Rock Creek Academy for the duration of school year 2001-02, including ESY.

6. **Background:** Gabriel was first diagnosed with Multiple Sclerosis-Chronic Progressive Type at the age of 11. DCPS has been aware since at least June 2001, and should have been aware years before that time, that Gabriel has very specialized special education

needs. In September 2001, the staff at Caesar Chavez Public Charter School began contacting DCPS to inform them that Gabriel requires evaluations and an IEP. In addition, the Caesar Chavez staff has repeatedly informed DCPS that it is getting more and more difficult to keep Gabriel safe at Caesar Chavez (the latest report is that Gabriel requires one-on-one support, a service that Caesar Chavez is not equipped to provide).

Ms. Serpas has been requesting help for her son since at least June 2001. DCPS began evaluating him in August 2001, but has not completed the evaluations or convened a meeting. DCPS finally consented to transport Gabriel to and from Caesar Chavez sometime around the middle of November 2001, telling the mother that DCPS would complete the process and convene a meeting as soon as possible.

DCPS has performed the following evaluations: (1) an occupational therapy evaluation in August 2001 - it is not the comprehensive evaluation that Gabriel requires, and the parent obtained an independent evaluation; (2) a psychoeducational evaluation in November 2001 - recommendations are inadequate to address Gabriel's needs; (3) a physical therapy evaluation in January 2002 – the report is, once again, not comprehensive enough and the recommendations are not specific and *highly inappropriate* for Gabriel; the parent is obtaining an independent evaluation.

DCPS attempted to hold a BLMDT/IEP meeting on February 5, 2002. By that time, the parent had obtained an attorney and an advocate. The advocate could not attend on that date; however she stated that any other day that week would be possible. DCPS did not respond.

The staff at Caesar Chavez is extremely worried about Gabriel. The administrative staff and teachers appear to be a very dedicated group of people who are doing the very best they can to provide for him; however, they now state that because of Gabriel's deteriorating condition, *Caesar Chavez School can no longer ensure his safety.*

Gabriel is a delightful, cooperative, and intelligent young man who has a great deal of insight into his disease. He realizes that he cannot stay at Caesar Chavez any longer. The parent has enrolled Gabriel at Rock Creek Academy, an appropriate placement. Rock Creek Academy has elevators and is able to provide any other assistance that Gabriel requires. In addition, Gabriel will receive appropriate academic instruction.

For these reasons, and others that will be apparent at a hearing on this request, Gabriel Rogers has been denied a free appropriate public education. The parent expressly reserves the right to modify the proposed resolution as additional information becomes available or circumstances change. Please contact me to set a date for a hearing.

Sincerely,

*Carolyn Houck*

Carolyn Houck

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## *AMENDED* DUE PROCESS HEARING REQUEST

- This form may be used to give notice to the District of Columbia Public School and / or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to their child.

- Notice must be sent to Student Hearing Office of the District of Columbia, 825 North Capital Street, NE, 8th Floor, Washington, and DC 20002. Fax number (202) 442-5556.

Federal law requires that when a parent or representative request mediation, it shall be offered to the parties at no cost. Mediation may be beneficial in your case. Please indicate your decision:

I REQUEST MEDIATION ___   I REQUEST MEDIATION AND A HEARING ___   [ X ] REQUEST A HEARING

### STUDENT FOR WHOM MEDIATION / DUE PROCESS HEARING IS REQUESTED

| Student Name: Gabriel Rogers | Present School of Attendance: Rock Creek Academy (RCA) |
|---|---|
| Date of Birth: March 23, 1985 | Home School: (Neighborhood school where child is registered) Cesar Chavez PCHS |
| Address: 1017 Irving Street, NW, Washington, DC 20010 | |

ENTITY AGAINST WHICH COMPLAINT IS MADE:   District of Columbia Public Schools
DCPS and/or D.C. Charter School
(Cesar Chavez PCHS

### INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name: __Sonia Serpas__

Address: __1017 Irving Street, NW, Washington, DC 20010__

Phone: (H) __(202) 581-4590__ (W) _____   (F) _____

Relationship to Student:  __X__ Parent   ____ Self   __ Legal Guardian   ____ Parent Surrogate   ____ Public Agency

### PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable)

Name:   __Roberta L. Gambale, Esq. (Carolyn Houck, LLC)__

Address: __1401 New York Ave. NW Suite 700   Washington, DC 20005__

Phone:   (W) __202-347-9101__   (F) __202-347-7517__

1. Please indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if requested) and three (3) dates within the next thirty-five (35) days when you, your representative and witnesses are available for the hearing (if

requested). Every effort will be made to accommodate your availability to the extent possible.

Hearing:                                                Mediation:

1) _____                              1) _____

2) _____                              2) _____

3) _____                              3) _____

**STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA**
**REQUEST FOR MEDIATION / HEARING**

2. Special Accommodation Requests for Mediation / Due Process Hearing (please be specific)

- Interpreter

    __X__ Foreign Language ( ____Spanish_____ )

    ____ Sign Language ( _____ )

    ____ Other ( _____ )

- Special Communication ( _____ )

- Special Accommodation for Disability ( _____ )

- Other ( _____ )

In accordance with the Individuals with Disabilities Act (IDEA), please answer below:

**Describe the nature of the problem.**

1. <u>Failure to comprehensively evaluate the student in all areas of suspected disability.</u> DCPS is required to evaluate students in all areas of suspected disability under 34 C.F.R. 300.532. DCPS has not met this standard for Gabriel. Despite Gabriel's degenerative and debilitating health conditions, DCPS has not acted to sufficiently evaluate Gabriel in all areas of his suspected disability. Despite requests by his mother for comprehensive evaluations, DCPS failed to provide all necessary testing and did not ensure that those evaluations performed were completed and thorough for Gabriel's needs. Consequently, Gabriel's mother was left with no other options than to seek independent evaluators to perform Gabriel's testing.

2. <u>Failure to develop an appropriate Individualized Educational Program (IEP).</u> DCPS is required to develop an IEP with the participation of the parent and, where possible, the student. DCPS is also required to include goals and objectives that are appropriate for the student's level of achievement and progress. Despite the expressed desire of Gabriel's mom to participate in developing his IEP, DCPS moved forward with developing Gabriel's IEP without her ability to attend the meeting. This violates the form and spirit of 34 C.F.R. Sec. 300.345. Without the student or parent's presence, it was also impossible to compete the transition plan as part of the IEP, in violation of 34 C.F.R. Sec.300.347. Additionally, Gabriel has been evaluated both by DCPS and independently secured evaluators. Despite DCPS' receipt of all necessary evaluations, DCPS has failed to develop an IEP with goals, objectives, and related services to address Gabriel's complex needs. Gabriel needs to have a new IEP meeting convened at his attending school and developed with participation from both himself and his mother.

3. <u>Failure to provide an appropriate special education placement.</u> DCPS is obligated to provide all DC students with a free appropriate public education ("FAPE"). In so doing, DCPS must provide an educational program and placement that it appropriate given the student's level and nature of disabilities. Here, Gabriel has been diagnosed with Multiple Sclerosis-Chronic Progressive Type. Gabriel had been enrolled at Cesar Chavez Public Charter High School. Due to his deteriorating health conditions and specialized education needs, it was not safe for Gabriel to continue attendance there. DCPS was put on notice of this grave concern but ultimately took no action to remedy the situation. Subsequently, Gabriel's mother enrolled him at Rock Creek Academy on an interim basis beginning in February 2002. DCPS still has not proposed an appropriate special education placement for Gabriel.

4. <u>Failure to provide funding for educational services rendered.</u> Gabriel was placed at RCA as a result of DCPS' failure to provide an appropriate placement for him. The Hearing Officer Determination issued on June 5, 2002 ordered that "DCPS will place and fund Gabriel at the Rock Creek Academy on an interim basis" and that "DCPS will provide transportation for Gabriel to and from Rock Creek Academy with the academy providing assistance to Gabriel from and to the bus/van. RCA has submitted bills for the educational services to Gabriel and DCPS has improperly denied funding. DCPS' failure to provide funding denies the student FAPE as required by the Individuals with Disabilities Education Act ("IDEA") as well as violates the HOD order from June 5, 2002.

**Describe issues to be addressed at the mediation and / or hearing.**

1. Whether or not District of Columbia Public Schools ("DCPS") failed to comprehensively evaluate the student in all areas of his suspected disability?
2. Whether or not DCPS failed to develop an appropriate IEP?
3. Whether or not DCPS failed to provide the student FAPE by failing to provide an appropriate special education placement?
4. Whether or not DCPS failed to provide the student FAPE by refusing to pay for the student's educational services?

**Describe relevant facts relating to the problem.**

See section under nature of the problem.

**How would you like to see the problem corrected?**

1. DCPS to fund independent evaluations secured by the parent, including but not limited to: physical therapy evaluation, neuropsychological evaluation, psychosocial (social history), speech and language testing and occupational therapy assessment.
2. DCPS to convene an IEP meeting at RCA to develop appropriate goals, objectives, and programming for Gabriel.
3. DCPS to issue a notice of placement (NOP) for an appropriate educational program before the start of 2002-03 school year.
4. Where DCPS fails to issue a NOP for an appropriate educational program before the start of the 2002-02 school year, DCPS to fund specialized home instruction to be provided through Educational Transition Services and including any applicable transportation costs until such time as an appropriate NOP is issued.
5. DCPS shall remit payment in full for invoices submitted by RCA through Education Transitional Services, Inc. (ETS) for the cost of education and transportation for Gabriel.
6. The hearing officer to provide any and all relief deemed appropriate given the facts of this case.

_____          August 8, 2002
Signature of Applicant/Parent                  Date

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### *confidential*

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE 8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of )<br>)<br>GABRIEL ROGERS, student )<br>Date of Birth: March 23, 1985 )<br>       Petitioner, )<br>)<br>versus )<br>)<br>The District of Columbia Public Schools, )<br>)<br>       Respondent. )<br>_____) | **IMPARTIAL**<br>**DUE PROCESS PROCEEDING**<br><br>**ORDER TO SHOW CAUSE**<br><br>Request Date:   February 11, 2002<br>Hearing Date:   May 28, 2002<br>Determination Date:   June 5, 2002 |

*[Stamp: 2005 DEC 12 PM 2:02 DC PUBLIC SCHOOL SYSTEM]*

**Parent:**                          Sonia Serpas
                                      1017 Irving Street, NE
                                      Washington, D.C. 20010

**Counsel for the Parent/Student:**      Roberta L. Gambale, Esq.
                                                    **JAMES E. BROWN & Associates**
                                                    1220 L Street, NW  Suite 700
                                                    Washington, D.C. 20005

**District of Columbia Public Schools:**    Monica LaPolt, Esq., Attorney-Advisor
                                                    **Office of the General Counsel, DCPS**
                                                    825 North Capitol Street, NE 9th Floor
                                                    Washington, D.C. 20002

## JURISDICTION

This proceeding was authorized under Public Law 105-17, The Individuals with Disabilities Education Act Amendments of 1997, Title 34 of the Code of Federal Regulations, Part 300, and Title V of the District of Columbia Municipal Regulations.

## *WHEREAS,*

1. On February 11, 2002, a prior Counsel for the Parent filed the herein Complaint and Request for Hearing requesting among other relief that DCPS be ordered to reimburse the parent for the cost of the independent February 8, 2002 Neuropsychological Evaluation, the independent February 4, 2002 Speech/Language Evaluation, the independent January 28, 2002 Occupational Therapy Evaluation, the independent February 5, 2002 Psycho-social Report and the independent February 13, 2002 Physical Therapy Evaluation;

2. The undersigned in the Hearing Officer's Determination issued in this matter June 5, 2002 found under FINDINGS OF FACT No 1, that DCPS had DENIED a FAPE to the student by failing to make FAPE available to the student within the legally mandated 120-day timeline but did not make a FINDING as to the requested relief setout in Paragraph 1, above; and

3. The United States District Court for the District of Columbia, *Sonia Serpas v. the District of Columbia*, C.A. 02-02227 (HHK), (2002) remanded this matter back to the undersigned for further proceedings on the parent's request for reimbursement against DCPS.

## *DCPS is ordered TO SHOW CAUSE why the below ORDER should not to become FINAL thirty (30) days hereof:*

### ORDER

1. Upon presentment of proper documentation, DCPS shall reimburse the parent for the cost of the independent February 8, 2002 Neuropsychological Evaluation, the independent February 4, 2002 Speech/Language Evaluation, the independent January 28, 2002 Occupational Therapy Evaluation, the independent February 5, 2002 Psycho-social Report and the independent February 13, 2002

Physical Therapy Evaluation.

2. Thirty (30) days hereof, this ORDER becomes FINAL.

3. Consistent with the above 2 paragraphs, the hearing scheduled in this matter for 9:00 A.M., December 15, 2005 is continued indefinitely pending order by the undersigned.

4. There is no prevailing party in this matter.

Thirty (30) days hereof, this ADMINISTRATIVE DECISION becomes FINAL. Appeal can be made to a court of competent jurisdiction within one hundred twenty (120) days of the issue date of this decision.

_____  Date: _December 12, 2005_
H. St. Clair, Esq., Hearing Officer

Issued: _12-12-05_
Student Hearing Office, DCPS

3 of 3 pages

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### *FACSIMILE SHEET*

Date: 12-12-05

TO: R. Gambale

FROM: STUDENT HEARING OFFICE

RE: HOD - Gabriel Rogers

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

# District of Columbia Public Schools
OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

1. **Attorney Information**
   - Law Firm: JAMES E. BROWN & ASSOCIATES, PLLC
   - Attorney: JAMES E. BROWN
   - Federal Tax ID No.: 52-1500760
   - D.C. Bar No.: 61622

2. **Student Information**
   - Name: Gabriel Rogers
   - DOB: 3/23/85
   - Date of Determination (HOD/SA): 12/12/05
   - Parent/Guardian Name: Sonia Serpas
   - Parent/Guardian Address: 1017 Irving St., NE, WDC 20010
   - Current School: RCA
   - Home School: Cesarchavez PCS

3. **Invoice Information**
   - Invoice Number: 06-030
   - Date Request Submitted: 1/12/06
   - Date(s) Services Rendered: 11/8/02 to 1/10/06
   - Amount of Payment Request: $7,225.43

4. **Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees, costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer or employee of the firm, in any special education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

_James E. Brown_          January 12, 2006
Signature                 Date

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Gabriel Rogers

January 10, 2006
In Reference To:   Gabriel Rogers

Invoice #11200

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2002 CMM | Discussion with the child's attorney | | 0.33<br>110.00/hr | 36.30 |
| CMM | Conference with parent | | 0.33<br>110.00/hr | 36.30 |
| CB | Discussion with paralegal | | 0.33<br>365.00/hr | 120.45 |
| 11/20/2002 JD | Phone call from Mr.Treishmah - Kennedy Krieger | | 0.10<br>175.00/hr | 17.50 |
| 11/21/2002 JD | Phone call to Mr.Treishman - Kennedy Krieger | | 0.10<br>175.00/hr | 17.50 |
| JD | Telephone call to DCPS school staff,Cezar Chavez (Charter, Mr.Martinez) | | 0.10<br>175.00/hr | 17.50 |
| JD | Record review and discussion with DCPS School/Private School,EDI-K.Brock | | 0.10<br>175.00/hr | 17.50 |
| JD | Record review and discussion with DCPS School/Private School,EDI - K.Brock | | 0.25<br>175.00/hr | 43.75 |
| JD | Record review and discussion with DCPS School/Private School,ETS HS - M.McDonald | | 0.10<br>175.00/hr | 17.50 |
| 11/22/2002 JD | Discussion with paralegal,C.Martinez | | 0.33<br>175.00/hr | 57.75 |

Gabriel Rogers                                                                                          Page    2

                                                                                          Hrs/Rate      Amount

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/22/2002 | JD | Telephone call to DCPS school staff,Mr.Martinez - Cezar Chavez | 0.10 175.00/hr | 17.50 |
| | JD | Record review and discussion with DCPS School/Private School,Mr.Treishman - K.Krieger | 0.67 175.00/hr | 117.25 |
| | JD | Reviewed High School transcripts/credits | 0.25 175.00/hr | 43.75 |
| | CMM | Discussion with,J.Dugger | 0.33 110.00/hr | 36.30 |
| | CMM | Disscussion with parent | 0.25 110.00/hr | 27.50 |
| | CMM | Discussion with,Kennedy Krieger | 0.50 110.00/hr | 55.00 |
| | CB | Reviewed school records + report cards | 0.25 365.00/hr | 91.25 |
| 11/26/2002 | CB | Discussion with paralegal | 0.33 365.00/hr | 120.45 |
| | CB | Discussion with attorney,advocate (J.Dugger) and paralegal | 0.33 365.00/hr | 120.45 |
| | CMM | Discussion with the child's attorney | 0.33 110.00/hr | 36.30 |
| | JD | Discussion with the child's attorney,C.Busso | 0.33 175.00/hr | 57.75 |
| 11/27/2002 | CMM | Assisted attorney to prepare disclosure to DCPS,Mr.McDonald @ ETS | 0.50 110.00/hr | 55.00 |
| | CMM | Conference with parent | 0.50 110.00/hr | 55.00 |
| | CMM | Assisted attorney to prepare disclosure to DCPS,Mr.Martinez @ Cesar Chavez School | 0.50 110.00/hr | 55.00 |
| 12/3/2002 | JD | Record review and discussion with DCPS School/Private School,M.Trieshman - K.Krieger | 0.25 175.00/hr | 43.75 |
| | JD | Prepare documents for attorney,C.Busso | 0.33 175.00/hr | 57.75 |
| | JD | Telephone call to DCPS school staff,Contessa Lee - 825 N.Cap. | 0.10 175.00/hr | 17.50 |

Gabriel Rogers                                                                                     Page    3

|            |     |                                                                                      | Hrs/Rate       | Amount |
|------------|-----|--------------------------------------------------------------------------------------|----------------|--------|
| 12/3/2002  | JD  | Telephone call to DCPS school staff,Carolyn - 825 N.Cap.                             | 0.10 175.00/hr | 17.50  |
|            | RG  | Discussion with advocate and paralegal re: case status.                              | 0.33 365.00/hr | 120.45 |
|            | JD  | Reviewed 11/26/02 letter from K.Krieger School                                       | 0.25 175.00/hr | 43.75  |
|            | JD  | Discussion with attorney,C.Busso and paralegal                                       | 0.33 175.00/hr | 57.75  |
|            | CB  | Discussion with attorney,advocate,J.Dugger and paralegal                             | 0.33 365.00/hr | 120.45 |
|            | CB  | Reviewed memo from advocate                                                          | 0.33 365.00/hr | 120.45 |
| 12/10/2002 | CB  | Record review and discussion with DCPS School/Private School,Matt Trieshaman @ Kennedy Krieger | 0.25 365.00/hr | 91.25  |
|            | JD  | Record review and discussion with DCPS School/Private School,K.Kreiger - M.Treshman  | 0.10 175.00/hr | 17.50  |
| 12/13/2002 | JD  | Reviewed 12/13/02 memo from paralegal,C.Martinez                                     | 0.25 175.00/hr | 43.75  |
|            | JD  | Reviewed 10/25/02 IEP/MDT                                                            | 0.25 175.00/hr | 43.75  |
|            | JD  | Prepare documents for attorney,C.Busso                                               | 0.42 175.00/hr | 73.50  |
|            | JD  | Record review and discussion with DCPS School/Private School,Contessa Lee - placement | 0.42 175.00/hr | 73.50  |
|            | CMM | Discussion with advocate and letter sent to parent                                   | 0.25 110.00/hr | 27.50  |
|            | JD  | Discussion with paralegal,C.Martinez                                                 | 0.25 175.00/hr | 43.75  |
|            | CMM | Prepared documents for child's advocate                                              | 0.33 110.00/hr | 36.30  |
|            | CMM | Discussion with parent,Ms.Serpas                                                     | 0.50 110.00/hr | 55.00  |
| 12/16/2002 | CB  | Reviewed memo from paralegal                                                         | 0.25 365.00/hr | 91.25  |

Gabriel Rogers                                                                                      Page    4

|            |     |                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|--------|
| 12/16/2002 | CB  | Reviewed memo from advocate                                                                          | 0.33 365.00/hr  | 120.45 |
| 12/17/2002 | JD  | Telephone call to DCPS school staff,Ms.Ellis - Holloman @ 825 regarding placement                    | 0.10 175.00/hr  | 17.50  |
|            | JD  | Reviewed 12/13/02 memo from paralegal,C.Martinez regarduing discussion with Mom and placement        | 0.25 175.00/hr  | 43.75  |
| 12/20/2002 | JD  | Telephone call from DCPS staff / Ms. Holloaman re: otice of Placement to Kennedy Kreiger             | 0.33 175.00/hr  | 57.75  |
|            | CB  | Reviewed file and draft letter to DCPS, regarding disputed billing issues.                           | 0.33 365.00/hr  | 120.45 |
| 12/23/2002 | JD  | Telephone call to DCPS school staff / Ms. Holloman - re: notice of placement to Kennedy Kreiger      | 0.10 175.00/hr  | 17.50  |
| 12/24/2002 | JD  | Discussion with paralegal re: Notice of Placement to Kennedy Kreiger and status letter to parent.    | 0.42 175.00/hr  | 73.50  |
|            | JD  | Telephone call to private school /Kennedy Kreiger/Mr. Treishman re: Notice of Placement              | 0.17 175.00/hr  | 29.75  |
| 12/26/2002 | NF  | Called parent to discuss Notice of Placement and verify address for transportation form.             | 0.33 95.00/hr   | 31.35  |
|            | NF  | Drafted and translated letter to parent.                                                             | 0.67 95.00/hr   | 63.65  |
|            | NF  | Discussion with the child's advocate regarding notice of placement.                                  | 0.25 95.00/hr   | 23.75  |
| 1/2/2003   | JD  | Discussion with paralegal, N.Flores regarding discusion with parent and N of acceptance to K.Krieger | 0.33 175.00/hr  | 57.75  |
|            | JD  | Telephone call to private school, K.Kreiger - Mr.Treishman regarding NOP acceptance letter.          | 0.33 175.00/hr  | 57.75  |
| 1/6/2003   | JD  | Discussion with the child's attorney, C.Busso regarding NOP to K.Krieger - impending start date.     | 0.25 175.00/hr  | 43.75  |
|            | RG  | Discussion with advocate and C. Busso                                                                | 0.25 365.00/hr  | 91.25  |
|            | CB  | Case review and discussed with attorney and advocate J Dugger re: notice of placement to Kennedy Kreiger and pending start date | 0.25 365.00/hr | 91.25 |
| 1/7/2003   | CMM | Conference with parent re: school placement and transportation                                       | 0.17 110.00/hr  | 18.70  |

Gabriel Rogers                                                                                               Page    5

|            |     |                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|----------------------------------------------------------------------------------------------------------|-------------------|---------|
| 1/9/2003   | JD  | Phone call from, K.Krieger - Mr.Treishman regarding transportation and start date.                       | 0.10 175.00/hr    | 17.50   |
|            | JD  | Draft letter to attorney, C.Busso regarding start date, transportation issues.                           | 0.33 175.00/hr    | 57.75   |
| 1/15/2003  | CB  | Telephone call to private school Kennedy Krieger to check transportation svcs                            | 0.10 365.00/hr    | 36.50   |
|            | CB  | Conference with J Dugger re: progress                                                                    | 0.25 365.00/hr    | 91.25   |
| 1/17/2003  | CB  | Phone call from Kennedy Krieger - Admissions re: DCPS transportation                                     | 0.33 365.00/hr    | 120.45  |
| 1/22/2003  | CMM | Discussion with the child's attorney re: letter to Kennedy Krieger HS                                    | 0.08 110.00/hr    | 8.80    |
|            | CB  | Discussion with paralegal re: letter to Kennedy Krieger                                                  | 0.33 365.00/hr    | 120.45  |
| 1/23/2003  | CB  | Drafted letter to private school Kennedy Krieger re: HOD and enrollment status                           | 0.50 365.00/hr    | 182.50  |
| 1/24/2003  | JD  | Disc w/child's attny..W/CB -re start date @ Kennedy Krieger                                              | 0.25 175.00/hr    | 43.75   |
|            | JD  | PC to private school;K.Krieger -Mr.Treishman - msg. re;start date,status.                                | 0.10 175.00/hr    | 17.50   |
|            | CB  | Conference with J Dugger re: St. Coletta enrollment                                                      | 0.25 365.00/hr    | 91.25   |
| 2/14/2003  | JD  | Draft letter to attorney status update                                                                   | 0.25 175.00/hr    | 43.75   |
| 2/20/2003  | RG  | Discussion with paralegal re: status letter for parent                                                   | 0.25 365.00/hr    | 91.25   |
|            | CMM | Discussion with the child's attorney                                                                     | 0.25 110.00/hr    | 27.50   |
| 2/21/2003  | CMM | Discussion with the attorney, A Beaujuin, regarding court appellate                                      | 0.25 110.00/hr    | 27.50   |
|            | HR  | Record reviewed and discussion with advocate regarding placement @ K.Krieger and parent contact.         | 0.25 110.00/hr    | 27.50   |
|            | JD  | Discussion with paralegal ; Heidi - re:placement @ K.Krieger & parent contact.                           | 0.25 175.00/hr    | 43.75   |

Gabriel Rogers                                                                                                    Page    6

|            |     |                                                                                                                                                  | Hrs/Rate        | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 2/21/2003  | CMM | Conference with parent regarding case status                                                                                                     | 0.33 110.00/hr  | 36.30  |
| 2/28/2003  | HR  | Phone call to mom, Sonia Serpas Just to check how thing are going with Gabriel and at Kennedy Krieger.                                           | 0.33 110.00/hr  | 36.30  |
|            | HR  | Draft memo to attorney and advocate regarding phone call with parent.                                                                            | 0.25 110.00/hr  | 27.50  |
| 3/20/2003  | LD  | File Review and sent letter to parent/student                                                                                                    | 0.33 95.00/hr   | 31.35  |
| 3/26/2003  | JD  | Reviewed 2/28/03 memo from paralegal regarding conversation with parent                                                                          | 0.25 175.00/hr  | 43.75  |
|            | JD  | Draft letter to attorney R.Rubenstein regarding new placement status                                                                             | 0.25 175.00/hr  | 43.75  |
| 5/14/2003  | JD  | Draft letter to attorney re: to RR - status update re: progress @ Kennedy Krieger                                                                | 0.25 175.00/hr  | 43.75  |
| 5/20/2003  | RR  | Draft memo to legal assistant re: contacting parent to close file.                                                                               | 0.25 350.00/hr  | 87.50  |
| 5/21/2003  | HR  | Reviewed memo from attorney regarding drafting letter to parent regarding case status (inactive).                                                | 0.33 110.00/hr  | 36.30  |
|            | HR  | Draft letter to parent regarding case status.                                                                                                    | 0.75 110.00/hr  | 82.50  |
| 5/27/2003  | JD  | Reviewed: 5/21/03 letter to parent re: case status & IEP annual review                                                                           | 0.17 175.00/hr  | 29.75  |
| 7/2/2004   | BM  | Reviewed case file, reviewed and finalized parent's request for records and reevaluations                                                        | 1.00 365.00/hr  | 365.00 |
| 11/28/2005 | RG  | Discussion with paralegal re: new hearing date set per Court Order and contact with parent and EDI re: evaluations conducted in 2002.            | 0.25 365.00/hr  | 91.25  |
| 11/29/2005 | RG  | Reviewed file; discussed with parent; call to EDI/Ellis re: hrg                                                                                  | 0.58 365.00/hr  | 211.70 |
| 11/30/2005 | RG  | Discussion with Ellis - OT evaluator                                                                                                             | 0.25 365.00/hr  | 91.25  |
| 12/7/2005  | YA  | Prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel and tabbing for Hearing Officer                                 | 2.00 110.00/hr  | 220.00 |
|            | RG  | Reviewed file and identified documents and witnesses to be disclosed to DCPS; discuss w Rick Henning from EDI re: testimony at hearing; drafted motion for continuance and submitted to DCPS SHO. | 2.00 365.00/hr  | 730.00 |

Gabriel Rogers                                                                                              Page    7

|            |                                                                                      | Hrs/Rate        | Amount   |
|------------|--------------------------------------------------------------------------------------|-----------------|----------|
| 1/4/2006 RG | Telephone call to SHO to follow up on hearing date                                  | 0.25<br>365.00/hr | 91.25   |
|            | For professional services rendered                                                   | 31.66           | $6,774.95 |
|            | Additional Charges :                                                                 |                 |          |
| 11/1/2002  | Facsimile to DCPS                                                                    |                 | 6.00     |
| 11/22/2002 | Facsimile                                                                            |                 | 4.00     |
| 12/13/2002 | Copied documents                                                                     |                 | 6.25     |
| 12/18/2002 | Postage (Status regarding 2nd request sent for records.                              |                 | 0.37     |
| 12/26/2002 | Faxed Notice of Placement to Kennedy Kreiger.                                        |                 | 5.00     |
|            | Made potocopy of Notice of Placement for attorney, advocate, and parent.             |                 | 3.00     |
| 1/23/2003  | Postage - letter to Kennedy with HOD                                                 |                 | 0.74     |
| 3/20/2003  | Postage/ Birthday Card                                                               |                 | 0.37     |
| 5/21/2003  | Postage/ Letter to Parent re: Case Status                                            |                 | 0.37     |
|            | Copied documents for the attorney, advocate, master file, letter to parent regarding case status. |     | 0.75     |
| 12/6/2005  | Copied: Disclosure for SHO, OGC and atty.                                            |                 | 130.50   |
| 12/7/2005  | Copied disc. for OGC/SHO/attny.                                                      |                 | 176.25   |
|            | Messenger Service to and from DCPS (5-day Disclosures)                               |                 | 20.00    |
| 1/10/2006  | File review preparation of bill and invoice audit                                    |                 | 96.88    |
|            | Total costs                                                                          |                 | $450.48  |
|            | Total amount of this bill                                                            |                 | $7,225.43 |