# EXHIBIT 29

*State Education Agency for the District of Columbia*
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



### *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **<u>A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals wit</u>**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office for the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.</u>  Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting.  You will be contacted by a representative of the Local Educational Agency to schedule the meeting.  **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

1

A.    **INFORMATION ABOUT THE STUDENT:**

Name of the Student: **Matthew Washington**    Date of Birth: **7/7/92**
Address: **4111 Anacostia Ave NE. Washington, DC 20019**
Home School: **Jefferson Junior High School**
Present School of Attendance: **Same**

Is this a charter school? No    (If yes, you must also provide a copy of this
notice to the charter school principal or director)
Parent/Guardian of the Student: **Ms. Mary Carter Washington**
Address (if different from the student's above): same

B.    **Legal Representative/Attorney:**

Name: **Roberta L. Gambale, Esq. ( James Brown and Associates, PLLC)**
Address: 1220 "L" Street, Suite 700, Washington, DC 20005
Phone: (w) (202)742-2000 (ext. 2021) (Fax) (202) 742-2098    (e-mail)
Rgambale@jeblaw.biz
Will attorney / legal representative attend the resolution session?  X Yes        ☐ No

C.    **Complaint Made Against (check all that apply):**

**X** DCPS school (name of the school if different from page one)

D.    **Resolution Session Meeting Between Parent/Representative and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also
understand that I may voluntarily waive this right if I choose.  (Note:  All parties must agree
to waive the resolution meeting to avoid having this meeting.)

The parent, by and through counsel, wishes to waive the Resolution Session Meeting for  this
process.

E.    **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be
offered at no cost to the parent.  Both parties can request mediation as an alternative to the
Resolution Session Meeting or as an alternative to a Due Process Hearing.  Please check all
that apply:

**I am requesting an administrative due process hearing only.**

F.    **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA),
please complete the following questions (attach additional pages if needed):

2

## I. Nature of the problem.

### Background

Matthew Washington, DOB: 7/7/92, is a learning disabled student who currently attends Jefferson Junior High School. Last year he attended Kenilworth Elementary School. His current educational program provides him with 25.5 hours of instruction a week and no related services. Re-evaluations recommending speech and language services have yet to be reviewed by the MDT

### Issues

1. **District of Columbia Public Schools ("DCPS") failed to convene a meeting to review evaluation results for the student and/or revise the student's educational program based upon the recommendations**

District of Columbia Public Schools ("DCPS") failed to convene a Multidisciplinary team meeting to review the results of independent assessments conducted in May and June of 2005. Specifically, the MDT failed to review the results of a psycho-educational evaluation and speech and language evaluation conducted just after the last MDT meeting for Mathew in May 24, 2005. Both evaluations recommend services that are not currently being provided. According to the psycho-educational evaluation (pg 7) "*Matthew is experiencing some emotional concerns that need to be addressed in counseling*" Counseling for Matthew was previously discontinued by DCPS. In addition, speech therapy is recommended twice a week for 30 minutes. Matthew is not currently receiving speech therapy at this time. In addition, present levels of performance information contained in his current program needs to be updated based upon the most recent testing. According to Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 614(d)(1)(A), DCPS, the local and state education agency, is required to make certain that the each IEP for each child contains a statement of the child's present level of academic achievement and functional performance, 2) a statement of the student's measurable annual goals, 3) a description of how the child's progress toward meeting the annual goals described in paragraph (2) of this subsection will be measured, and 4) any statement of the special education needs and related services and supplementary aides for a student.

2. **District of Columbia Public Schools has denied Matthew Washington FAPE by failing to implement his Individualized Educational Program ("IEP")**

District of Columbia Public Schools ("DCPS") failed to implement the Individualized Educational Program ("IEP") for Matthew Washington, DOB: 7/7/92. Matthew transitioned from Kenilworth Elementary School to Jefferson Junior High School during the 205/2006 school year. Despite the fact that the transition was discussed at the student's IEP meeting in May 2005, Jefferson Junior High School was never provided with a copy of Matthew's program prior to the commencement of the school year. Matthew has been placed in all regular education classes since the commencement of the 2005/2006 school year, despite the fact that he is functioning significantly below grade level.

3

The Individuals-Rehabilitation Education Act proviment was promulgated for the purpose of ensuring :

> "[T]hat all children with disabilities have available to them a free
> and appropriate public education that emphasizes special education
> and related services designed to meet their unique needs and prepare
> them for further education, employment, and independent living"

By failing to implement his IEP and/or provide services to Matthew, DCPS has denied this child a Free and Appropriate Public Education ("FAPE").

## II. Issues presented.

- Whether District of Columbia Public Schools ("DCPS") failed to convene a meeting to review new evaluations and revise the student's program as appropriate?

- Whether District of Columbia Public Schools ("DCPS") failed to implement Matthew Washington's IEP during the 2005/2006 school year?

- Whether Matthew Washington has been denied a Free and Appropriate Education ("FAPE")?

## III. To the extent known to you at this time, how can this problem be resolved?

WHEREFORE, the guardian, by and through counsel, requests the following relief:

1. A finding that DCPS denied Matthew FAPE by failing to convene a meeting and/or provide services;

2. That DCPS shall convene an MDT meeting within ten (10) calendars days of completion of the assessments for the purpose of reviewing evaluations; revising the IEP and/or discussing compensatory education, and/or discuss and/or determine placement;

3. That at the afore mentioned meeting, DCPS shall secure the participation of all necessary IEP team members to include but not limited to the appropriate personnel required to review assessments and develop an appropriate program for this child;

4. Matthew Washington shall be entitled to compensatory education in the form of individual tutoring, counseling and speech therapy and shall receive up to 1 hour of make-up related services and up to 5 hours of tutoring per week until such time as Matthew has made sufficient progress so as to place him in the position that he would have been in had he not been denied FAPE;

5. DCPS shall begin implementing a compensatory education plan immediately but in the event that a compensatory education plan has not begun to be implemented within 25 calendar days, DCPS shall fund independent services;

6. That DCPS agrees to pay counsel for the parent's reasonable attorney's fees in an amount not to exceed Four Thousand Dollars and Zero Cents ($4,000.00), as full payment of attorneys' fees and related costs incurred in the matter;

4

Esq., in writing, via facsimile, at 202-742-2097 or 202-742-2098;

8. Provide the student with a due process hearing within 20 calendar days of a request on any issue arising out of the noncompliance with the DCPS' obligation hereunder, or any disagreement with the assessment, programming or placement the parent may have;

9. In the event that the DCPS shall fail to comply with the terms herein, then under the Conciliation Agreement, the parent shall have the authority to use self help without further notice to the DCPS, and initiate an IEP with the DCPS' invited participation, and unilateral placement in an interim school or educational program until such time the DCPS can come into compliance and properly assess, program and/or participate;

10. Provide counsel for the parent with copies, pursuant to 5 DCMR 3021.8, of all new evaluation reports and educational records ( to include related service logs and progress reports for the time period since the commencement of the 2005/2006 school year) on the student no later than sixteen (16) business hours prior to the convening of any meeting;

11. 19.. The DCPS shall ensure that this student has available a Free and Appropriate Public Education including special education, transportation (5 DCMR 3000.3), and Other related services as are defined at 34 C.F.R. 300.24, designed to meet this student's unique needs and preparation for employment and independent living;

12. That DCPS within ten (10) calendar days of the filing of this complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(B), provide the parent's representative, Roberta L. Gambale, Esq., via facsimile, at 202-742-2097 or 202-742-2098, the following: i) an explanation of why DCPS proposed or refused to take the action raised in the complaint; ii) a description of other options that the IEP team considered and the reasons why those options were rejected, iii) a description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and iv) a description of the other factors that are relevant to the agency's proposed or refused action;

13. That DCPS, in the event they fail to answer/respond to the issues alleged in the parent's administrative due process hearing complaint, within ten (10) calendar days, the arguments and facts as averred by the parent will be deemed true and accurate and act as a waiver, on the part of DCPS, for their desire to have a Resolution Session Meeting, and the guardian's administrative due process hearing will be scheduled pursuant to the applicable timelines contained in the IDEIA;

14. That DCPS, within fifteen (15) calendar days of receiving the parent's complaint, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), respond to the parent's request alleging any insufficiency of notice.

15. That DCPS' failure to comply with the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(c)(2)(C), and allege any insufficiency of the administrative due process complaint, will constitute waiver on the part of DCPS to make such argument at any later date and time.

16. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), within fifteen (15) calendar days of receiving the parent's administrative due process complaint, shall contact the parent's representative, in writing, via facsimile, at 202-742-2097 or 202-742-2098, to schedule and convene a Resolution Session Meeting;

5

17. That DCPS, pursuant to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B), convene the Resolution Session Meeting, with the parent, the parent's representative, and all necessary/relevant members of the student's MDT/IEP Team that have specific knowledge about the child and the facts contained in the complaint. That the relevant members of the MDT/IEP Team that shall be present at the Resolution Session Meeting for the student shall include the following persons: 1) the student's special education teacher, 2) the student's regular education teacher, if applicable, 3) a representative of the local education agency with decision making authority, 4) a psychiatrist and/or clinical psychologist; 5) an occupational therapist; and/or 6) any person(s) who conducted any assessments on the student.

18. That DCPS' failure to timely schedule and convene the Resolution Session Meeting within the timeframe identified according to the Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(f)(1)(B) constitute joint waiver between DCPS and the guardian to have such meeting and the forty-five (45) days timeline to schedule the student's administrative due process hearing and receive a timely decision will begin to run upon written notice, via facsimile, at 202-442-5556, to the DCPS Office of Student Hearings, by the parent's counsel; and

19. A finding that the parent is the prevailing party in this action.

G.    **Accommodations and Assistance Needed:**

   - N/A

Dated this 18ᵗʰ day of October, 2005

Roberta L. Gambale, Esq.,
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
202-742-2021
Counsel for the Parent

**Mail, fax or deliver this complaint notices to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8ᵗʰ Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

SEID DPCN Rev'd. 7/01/05

```
***************************
***    TX REPORT    ***
***************************


    TRANSMISSION OK

    TX/RX NO            4095
    CONNECTION TEL              94425556
    SUBADDRESS
    CONNECTION ID
    ST. TIME            10/18 15:52
    USAGE T             01'14
    PGS. SENT           7
    RESULT              OK
```

## JAMES E. BROWN & ASSOCIATES, PLLC

*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill o
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!
---------------------------------

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Delores Scott McKnight
Marshall Lammers°

---------------------------------
! Admitted in Bolivia Only

# *FAX COVER SHEET*

DATE:      October 18, 2005

TO:        Sharon Newsome, Hearing Coordinator, Student Hearing Office, DCPS

PHONE:     202-442-4800

FAX NO:    202-442-5556

FROM:      Yamileth Amaya, Paralegal

           Mathew Washington
           DOB: 7/7/92

NUMBER OF PAGES INCLUDING COVER SHEET: **7**

COMMENTS: Please find attached the Due Process Complaint Notice for the above

mentioned student.

# District of Columbia Public Schools

## State Enforcement & Investigation Division

### *confidential*

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

*DC PUBLIC SCHOOL SYSTEM   2005 DEC 14 AM 10: 07*

| | |
|---|---|
| **In the Matter of** ) | **HEARING OFFICER'S** |
| ) | **MEMORANDUM OF** |
| **MATTHEW WASHINGTON**, student ) | |
| Date of Birth: July 7, 1992 ) | **SETTLEMENT AGREEMENT** |
| Petitioner, ) | |
| ) | Request Date: October 19, 2005 |
| versus ) | Hearing Date: December 14, 2005 |
| ) | |
| **The District of Columbia Public Schools,** ) | Held at:    825 North Capitol Street, NE |
| Home School: Jefferson Junior High School,) | Eighth Floor, Hearing Room 2 |
| Attending: Jefferson Junior High School, ) | Washington, D.C. 20002 |
| Respondent. ) | |

**Parent:**

Mary A. Carter-Washington
4111 Anacostia Avenue, NE
Washington, D.C. 20020

**Counsel for the Parent/Student:**

Roberta L. Gambale, Esq.
**JAMES E. BROWN & Associates**
1220 L Street, NW    Suite 700
Washington, D.C. 20005

**District of Columbia Public Schools:**

Aaron E. Price, Sr., Esq., Attorney-Advisor
**Office of the General Counsel, DCPS**
825 North Capitol Street, NE  9th Floor
Washington, D.C. 20002

An <u>INDEX of NAMES</u> is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this <u>SETTLEMENT AGREEMENT</u> as a public record.

i

## <u>INDEX of NAMES</u> for Matthew Washington
**Hearing Date:** December 14, 2005

Appearing on behalf of DCPS:  None.

Appearing on behalf of the parent/student:

1. Mary A. Carter-Washington, mother.
2. Michelle Moody, educational consultant

No testimony was received.

ii

## JURISDICTION

The hearing convened under Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004 and Title V of the District of Columbia Municipal Regulations.

## STATEMENT of the CASE

On October 19, 2005, Counsel for the Parent filed the herein Complaint on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent/the Educational Advocate complained of inappropriateness of IEP.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 9:00 A.M., Wednesday, December 14, 2005 at DCPS Headquarters, 825 East Capitol Street, NE, 8th Floor, Hearing Room 2, Washington, D.C. 20002.

The hearing officer called the hearing to order as scheduled when the parties announced they had settled.

By facsimile dated December 7, 2005, DCPS disclosed 4 witnesses.

By facsimile dated December 7, 2005, the parent disclosed 5 witnesses and 18 documents.

The documents were placed into the record but are not listed here as the parties settled.

## The SETTLEMENT AGREEMENT

1.  DCPS agreed to convene an MDT/IEP meeting at 1:00 P.M., Friday, January 20, 2006 at Jefferson Junior High School during which the May 24, 2005 Psycho-educational Evaluation and the April 19, 2005 Clinical Psychological Evaluation will reviewed, the student's need for counseling discussed and determined and the IEP reviewed and revised as appropriate.

2.  At the said MDT/IEP meeting, the form, amount and delivery of compensatory education, if any, will be discussed and determined. For disputes under this

1 of 2 pages

paragraph, either party may request a hearing.

Date: December 14, 2005

H. St. Clair, Esq., Hearing Officer

Issued: 12/14/05

Student Hearing Office, DCPS

2 of 2 pages



# District of Columbia Public Schools

### OFFICE OF GENERAL COUNSEL
825 North Capitol Street NE, 9th Floor
Washington, DC 20002-1994
Phone – 202-442-5000, Fax – 202-442-5098

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT

**1.    Attorney Information**
Law Firm:            JAMES E. BROWN & ASSOCIATES, PLLC
Attorney:            JAMES E. BROWN
Federal Tax ID No.:  52-1500760
D.C. Bar No.:        61622

**2.    Student Information**
Name:                        Matthew Washington
DOB:                         7/7/92
Date of Determination (HOD/SA):  12/14/05
Parent/Guardian Name:        Mary A. Cater-Washington
Parent/Guardian Address:     4111 Anacostia Ave., NE, WDC 20020
Current School:              Jefferson JHS
Home School:                 Jefferson JHS

**3.    Invoice Information**
Invoice Number:          06-020
Date Request Submitted:  1/12/06
Date(s) Services Rendered 11/25/05 to 12/14/05
Amount of Payment Request  $ 12,890.40

**4.    Certification (must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

- all services listed on the enclosed invoices were actually performed;
- the entire amount requested on the enclosed invoice for payment of costs and expenses
  represents the actual amount of costs and expenses incurred;
- the District of Columbia Public Schools is the sole entity from which payment of the fees,
  costs and expenses itemized on the enclosed invoice is requested;
- no attorney or law firm who either (1) provided services listed on the enclosed invoice, or (2)
  will benefit from any monies paid as a result of the submission of the enclosed invoice, has a
  pecuniary interest, either through an attorney, officer or employee of the firm, in any special
  education diagnostic services, schools, or other special education service providers;
- I understand that the making of a false statement to an agency of the DC Government is
  punishable by criminal penalties pursuant to D.C. Code §22-2405.

_(signature)_                    January 12, 2006

Signature                        Date

# LEGEND

### ATTORNEYS

| | |
|---|---|
| JEB | James E. Brown, Esq. |
| DH | Domiento Hill, Esq. |
| CW | Christopher West, Esq. |
| BM | Brenda McAllister, Esq. |
| RG | Roberta Gambale, Esq. |
| MH | Miguel Hull, Esq. |
| RR | Rachel Rubenstein, Esq. |
| JF | Juan Fernandez, Esq. |
| CB | Christina Busso, Esq. |
| JS | John Straus, Esq. |
| RN | Roxanne Neloms, Esq. |
| TG | Tilman Gerald, Esq. |
| DSM | Delores Scott McKnight, Esq. |
| ML | Marshall Lammers, Esq. |

### PARALEGALS and LAW CLERKS

| | |
|---|---|
| AAG | Aracely A. Gonzalez |
| DP | David Proctor |
| BDL | Blanca De La Sancha |
| SB | Sara Benkharafa |
| WB | Williams Bautista |
| YA | Yamileth Amaya |
| CMM | Claudia M. Martinez |
| HR | Heidi Romero |
| KD | Kelly Dau |
| MT | Michele Torry, BA, L. Cert. |
| TB | Tamika Beasley |

### ADVOCATES

| | |
|---|---|
| MM | Michelle Moody, MA |
| CS | Cheron Sutton-Brock, MA |
| KC | Kevin Carter, MA |
| SM | Sharon Millis, M. Ed. |
| CM | Carolyn Monford, MA |
| GMH | Garfield Mark Holman, MA |
| RB | C. Robin Boucher, Ph.D. |
| TS | Tamieka A. Skinner, MA |
| CP | Carrie Pecover, MA |
| CG | Cornesha Griffin, MS |
| WD | William Daywalt, M. Ed. |
| DD | Donte Davis |
| CF | Carlos Fernandez, MA,JD |

### OUT OF POCKET COSTS

| | |
|---|---|
| FAX | Facsimile @ $1.00 per page |
| COP | Reproduction @ $0.25 per page |
| TRN | Transportation @ actual taxi cost |
| TEL | Long Distance Telephone @ actual cost |
| PAR | Parking @ actual cost |
| MES | Messenger/Express Mail @ actual cost |
| POS | Postage @ actual cost |

James E. Brown & Associates, PLLC
A Professional Limited Liability
Company
1220 L Street, NW Suite 700
Washington, DC  20005


Invoice submitted to:
Mathew Washington




January 09, 2006
In Reference To:    Mathew Washington

Invoice #11184


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/25/2004 | MM | File review and developed  monthly case status report | 0.58 185.00/hr | 107.30 |
| 12/8/2004 | YA | File review and developed  monthly case status report to parent re: Vineland Adaptive Behavior Scale | 0.58 110.00/hr | 63.80 |
| 12/14/2004 | MM | Prepared for Due Process Hearing | 1.50 185.00/hr | 277.50 |
| | MM | Drafted letter to private school | 0.50 185.00/hr | 92.50 |
| | YA | File Review and sent letter to parent/student | 0.17 110.00/hr | 18.70 |
| 12/20/2004 | MM | File review and developed  monthly case status report re: meeting status and contact with Mr. Joseph and mom re: meeting. | 0.58 185.00/hr | 107.30 |
| 12/22/2004 | MM | Conference with parent | 0.33 185.00/hr | 61.05 |
| 12/23/2004 | MM | File review and developed  monthly case status report re:  contact with parent and school | 0.25 185.00/hr | 46.25 |
| | MM | Conference with parent | 0.33 185.00/hr | 61.05 |
| | MM | Drafted letter to private school | 0.50 185.00/hr | 92.50 |

Mathew Washington                                                                               Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/6/2005 | MM | Conference with parent called mom 2 times mom is not calling me back | 0.33<br>185.00/hr | 61.05 |
|  | MM | Discussion with school | 0.25<br>185.00/hr | 46.25 |
| 1/12/2005 | MM | Conference with parent | 0.33<br>185.00/hr | 61.05 |
| 2/3/2005 | MM | Discussion with mr joseph re: meeting | 0.25<br>185.00/hr | 46.25 |
| 2/9/2005 | RG | Discussion with MM re: upcoming meeting | 0.25<br>365.00/hr | 91.25 |
|  | MM | Attended MDT/IEP @ | 4.00<br>185.00/hr | 740.00 |
|  | MM | Discussion with the child's attorney | 0.25<br>185.00/hr | 46.25 |
| 2/10/2005 | MM | File review and developed  monthly case status report update re parent communicationa nd school commuinication | 0.58<br>185.00/hr | 107.30 |
| 3/11/2005 | MM | Reviewed checked file for evals to see if they are in yet 3/18/05 is the dd for evals | 0.33<br>185.00/hr | 61.05 |
| 3/24/2005 | MM | File review and developed  monthly case status report regarding status psych, s and l | 0.58<br>185.00/hr | 107.30 |
| 3/28/2005 | YA | Research educational needs re: referral for independent evaluations | 0.33<br>110.00/hr | 36.30 |
| 3/29/2005 | MM | discussion with yami regarding case status report and  regarding last hod | 0.25<br>185.00/hr | 46.25 |
|  | YA | Discussion with advocate re: Hearing Officer's Determination | 0.25<br>110.00/hr | 27.50 |
| 4/7/2005 | RG | Discussion with private school -Accotink about status and classification; review file to ascertain compliance; letter to DCPS to follow up on HOD and advise of indep eval referral; | 1.00<br>365.00/hr | 365.00 |
|  | YA | Research educational needs re: Hearing Officer's Determination | 0.25<br>110.00/hr | 27.50 |
|  | YA | Draft referral letter and prepared package to sent to Interdynamics re: independent evaluations | 1.00<br>110.00/hr | 110.00 |
|  | RG | Discussion with Ms. Segway from Interdynamics re: evals referred. | 0.25<br>365.00/hr | 91.25 |

Mathew Washington                                                              Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2005 | YA | Draft status letter to parent re: status for referral | 0.75<br>110.00/hr | 82.50 |
|  | MM | Conference with parent | 0.33<br>185.00/hr | 61.05 |
|  | MM | Discussion with school | 0.25<br>185.00/hr | 46.25 |
| 4/18/2005 | MM | Drafted letter to private school | 0.50<br>185.00/hr | 92.50 |
| 4/19/2005 | MM | File review and developed  monthly case status report | 0.58<br>185.00/hr | 107.30 |
|  | MM | Discussion with school | 0.33<br>185.00/hr | 61.05 |
| 4/25/2005 | MM | Drafted letter to private school | 0.50<br>185.00/hr | 92.50 |
| 5/2/2005 | YA | Research educational needs re: deadlines | 0.25<br>110.00/hr | 27.50 |
| 5/4/2005 | YA | Assist attorney with correspondence  to Kenilworth ES re: meeting | 0.42<br>110.00/hr | 46.20 |
|  | RG | Conference with parent and letter to school and discussion with advocate and paralegal | 0.50<br>365.00/hr | 182.50 |
| 5/11/2005 | YA | Draft status letter to parent re: meeting | 0.75<br>110.00/hr | 82.50 |
| 5/17/2005 | MM | Reviewed information for  mdt | 1.50<br>185.00/hr | 277.50 |
|  | MM | Discussion with school | 0.25<br>185.00/hr | 46.25 |
|  | MM | Conference with parent | 0.33<br>185.00/hr | 61.05 |
|  | MM | Discussion with cw harris school  to speak with mr joseph sped coordinator at kennelworth becasue he is in between school called him about matts meeting. | 0.25<br>185.00/hr | 46.25 |
| 5/18/2005 | MM | Attended MDT/IEP @ school | 4.00<br>185.00/hr | 740.00 |
| 5/25/2005 | MM | File review and developed  monthly case status report documented the latest communication with the school and parent. | 0.58<br>185.00/hr | 107.30 |

Mathew Washington                                                                                    Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/25/2005 | YA | Draft letter to Kenilworth ES re, independent Speech and Language Evaluation | 0.42 110.00/hr | 46.20 |
| 5/26/2005 | YA | Draft status letter to parent re, Speech and Language and distribute to advocate | 0.75 110.00/hr | 82.50 |
| 5/31/2005 | RG | Reviewed psycho-ed eva and instructions to paralegal | 0.50 365.00/hr | 182.50 |
|  | MM | Reviewed Speech / Language report dated 4/20/05 and docuementd information | 1.50 185.00/hr | 277.50 |
|  | MM | Reviewed Psychological evaluation report dated 5/2/05 and docuementd results | 1.50 185.00/hr | 277.50 |
| 6/1/2005 | YA | Draft letter to Kenilworth Elementary School and Mediation and Compliance re, Psycho-Educationall Evaluation | 0.42 110.00/hr | 46.20 |
|  | YA | Draft status letter to parent re, referral and Psycho-Educational Evaluation | 0.75 110.00/hr | 82.50 |
| 6/13/2005 | MM | Reviewed Psychological evaluation report dated 5/2/05 | 0.75 185.00/hr | 138.75 |
| 6/14/2005 | YA | Telephone call to Kenilworth ES,DCPS school staff re, independent Clinical Evaluation | 0.25 110.00/hr | 27.50 |
|  | YA | Draft letter to Kenilworth ES re, Clinicall Evaluation | 0.42 110.00/hr | 46.20 |
|  | YA | Draft status letter to parent re, Clinical Evaluation | 0.75 110.00/hr | 82.50 |
| 6/17/2005 | MM | Reviewed clincal dated 4/19/05 | 0.33 185.00/hr | 61.05 |
| 7/1/2005 | MM | File review and developed  monthly case status report developed report regarding latest communication with the school and the parnet and the last hod and or s/a and what needs to be done next | 0.50 185.00/hr | 92.50 |
| 7/8/2005 | YA | received Clinical from Interdynamics and file | 0.17 110.00/hr | 18.70 |
| 8/10/2005 | MM | Conference with parent | 0.33 185.00/hr | 61.05 |
| 10/11/2005 | MM | Conference with parent | 0.33 185.00/hr | 61.05 |
| 10/17/2005 | RG | Conference with parent; discussion with advocate; | 0.33 365.00/hr | 120.45 |

Mathew Washington                                                                                    Page     5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/18/2005 | YA | Assisted attorney with hearing request to Student Hearing Office | 0.33<br>110.00/hr | 36.30 |
|  | YA | Drafted letter to parent re, detailed Hearing Request | 0.58<br>110.00/hr | 63.80 |
|  | RG | Prepared and file due process hearing request to DCPS and discussion with parent | 2.00<br>365.00/hr | 730.00 |
| 10/24/2005 | YA | Tickled deadline for resolution meeting | 0.17<br>110.00/hr | 18.70 |
|  | YA | Drafted letter to parent re, Hearing Date Notice | 0.58<br>110.00/hr | 63.80 |
| 10/25/2005 | MM | File review and developed  monthly case status report and documented most recnt information nad communication with teh school and parent and  out lined what needs ot be done next. | 0.50<br>185.00/hr | 92.50 |
| 11/2/2005 | MM | Attended MDT/IEP @ | 2.83<br>185.00/hr | 523.55 |
|  | YA | sent notice of meeting deadine to advocate and attorney | 0.17<br>110.00/hr | 18.70 |
| 11/4/2005 | YA | Discussion with advocate re, evaluations to DCPS | 0.25<br>110.00/hr | 27.50 |
|  | MM | Conference with parent | 0.33<br>185.00/hr | 61.05 |
|  | MM | Discussion with yami | 0.25<br>185.00/hr | 46.25 |
| 11/8/2005 | YA | Drafted letter to DCPS, student hearing office re, request for a hearing date | 0.58<br>110.00/hr | 63.80 |
| 11/10/2005 | MM | Drafted letter to private school | 0.50<br>185.00/hr | 92.50 |
| 11/11/2005 | MM | File review and developed  monthly case status report regarding the most recent developmenets on the case and the parent acontact school contact and what needs to be done next. | 0.25<br>185.00/hr | 46.25 |
| 11/15/2005 | YA | Drafted letter to parent re, proposed meeting dates | 0.58<br>110.00/hr | 63.80 |
|  | MM | File review and developed  monthly case status report re what happened at resolution meeitng | 0.75<br>185.00/hr | 138.75 |

Mathew Washington                                                                    Page    6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2005 | YA | Drafted letter to parent re, Hearing Date | 0.58<br>110.00/hr | 63.80 |
| 11/25/2005 | MM | File review and developed  monthly case status report document the most recent communication  with the school and the parent and documented what needs to be done next. | 0.58<br>185.00/hr | 107.30 |
| 12/1/2005 | RG | Conference with parent; conference with advocate; call to DCPS re: meeting | 0.50<br>365.00/hr | 182.50 |
| 12/6/2005 | YA | File Review and sent letter to parent/student | 0.17<br>110.00/hr | 18.70 |
| 12/7/2005 | YA | Assist attorney to prepare disclosure to DCPS, Student Hearing Office and Office of General Counsel and tabbing for Hearing Officer | 1.50<br>110.00/hr | 165.00 |
| | YA | Drafted letter to parent re, Hearing Date Notice | 0.58<br>110.00/hr | 63.80 |
| | RG | Prepare disclosure to DCPS | 1.00<br>365.00/hr | 365.00 |
| 12/9/2005 | MM | Reviewed information for mdt | 1.00<br>185.00/hr | 185.00 |
| 12/13/2005 | CMM | Discussion with advocate in request of documents for IEP meeting | 0.25<br>110.00/hr | 27.50 |
| | RG | Prepared for Due Process Hearing and discussion with MM re: meeting | 1.50<br>365.00/hr | 547.50 |
| | MM | Attended MDT/IEP @ school | 3.00<br>185.00/hr | 555.00 |
| | MM | Prepared for Due Process Hearing | 1.50<br>185.00/hr | 277.50 |
| 12/14/2005 | MM | Appearance to 825 North Capital for due process hearing | 1.50<br>185.00/hr | 277.50 |
| | RG | Appearance to 825 North Capital for due process hearing and pre/post hearing conf with parent | 2.00<br>365.00/hr | 730.00 |
| | | For professional services rendered | 64.18 | $12,517.70 |

Mathew Washington

Page    7

Additional Charges :

| | Amount |
|---|---|
| 12/7/2004 Copied documents(Parent/Adv-vinland-letter of invitation) | 4.00 |
| 12/8/2004 Copied documents(Parent-re;vineland+letter) | 0.25 |
| 12/9/2004 Postage; letter to parent | 0.60 |
| 12/14/2004 Postage; letter to parent | 0.37 |
| 12/17/2004 Copied documents(Atty/SHO/OGC-Disclosure) | 138.00 |
| 1/6/2005 Facsimile(SHO-HR) | 7.00 |
| 4/7/2005 Facsimile to Interdynamcis | 5.00 |
| 4/11/2005 Copied documents | 0.74 |
| 4/13/2005 Postage; letter to parent | 0.37 |
| 5/4/2005 Facsimile letter re: meeting to kenilworth ES. | 2.00 |
| 5/11/2005 Copied: case status re: meeting for parent. | 0.75 |
| Postage; Case status letter to parent re: meeting. | 0.60 |
| 5/25/2005 Copied documents; SP eval | 2.50 |
| Facsimile- S/P | 6.00 |
| 5/26/2005 Copied: S/P, HR for parent. | 0.25 |
| 5/27/2005 Postage; letter to parent | 0.37 |
| 6/1/2005 Facsimile: Psycho-educational. to Kenilworth ES and DCPS. | 18.00 |
| Copied: Psycho-educational for parent and advocate. | 4.00 |
| 6/2/2005 Copied: Psycho-ed for parent. | 0.25 |
| 6/3/2005 Postage; Psycho-ed letter to parent. | 0.60 |
| 6/14/2005 Copied: Clinical evaluations for parent and advocate. | 4.25 |
| Facsimile: Clinical evaluation to Kenilworth. | 10.00 |
| 6/15/2005 Postage;  clinical letter to parent | 0.37 |
| 10/18/2005 Postage; letter to parent re: HR. | 0.60 |

Mathew Washington                                                    Page    8

|  | | Amount |
|---|---|---:|
| 10/18/2005 | Copied documents; letter and HR to parent | 4.25 |
|  | Facsimile: HR to SHO. | 7.00 |
| 10/24/2005 | Postage; letter to parent re: resolution meeting. | 0.60 |
|  | Copied: resolution meeting letter for parent and advocate. | 2.25 |
| 11/8/2005 | Facsimile: hearing date to SHO. | 2.00 |
| 11/15/2005 | Copied: case status and LOI letter for parent and advocate. | 2.00 |
| 11/16/2005 | Postage; letter to parent re: mtg. date. | 0.37 |
| 11/22/2005 | Postage; letter to parent re: HDN | 0.37 |
|  | Postage; letter to parent re: HDN | 0.37 |
| 12/6/2005 | Postage; letter to parent | 0.37 |
| 12/7/2005 | Postage; letter to parent re: mtg. conf. | 0.37 |
|  | Messenger Service to and from DCPS (5-day Disclosures) | 20.00 |
| 12/9/2005 | Facsimile HR to SHO. | 11.00 |
| 12/14/2005 | Sedan taxi service to  DCPS for hearing.(attny.) | 8.00 |
|  | File review preparation of bill and invoice audit | 96.88 |
|  | Facsimile Received from DCPS; HOD | 5.00 |
|  | Copied documents; HOD | 5.00 |
|  | Total costs | $372.70 |
|  | Total amount of this bill | $12,890.40 |