UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET BROWN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0823 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully request an enlargement of time – until July 1, 2005 – to respond to the complaint herein.

This action is an aggregation of 35 individual plaintiff's claims for the recovery of attorneys' fees and costs under the Individuals With Disabilities Education Act, 20 U.S.C. §§1400 *et seq*.("IDEA").  As to each claim, it is asserted that each individual plaintiff/claimant prevailed with respect to a different special education administrative proceeding at the District of Columbia Public Schools ("DCPS").  The complaint and accompanying documentation is more than 600 pages in length, and recites as to each claim the particular administrative event said to ground the claim; the purported facts concerning the plaintiff's attorney's submission to DCPS of a request for payment, and DCPS's response; and a specification, by invoices, of fees and costs claimed to be remaining to be paid.  All of the complaint assertions and supporting exhibits must be reviewed and responded to in the Defendants' answer.

This complaint was one of three served simultaneously on the District of Columbia's Office of Attorney General on May 12, 2006 (the date of service on the Mayor is unclear at this time). The other two actions (precisely the same nature, attorneys' fee claims under IDEA) are as follows:

> Moore v. District of Columbia, Civ. No. 06-0576 (RCL) (filed March 29, 2006; 44 plaintiff's claims; c. 900 pages)
>
> Santamaria v. District of Columbia, Civ. No. 06-0577 (RWR) (filed March 29, 2006; 22 plaintiff's claims; c. 600 pages)

In combination with the captioned action, these suits contain some *101 different fee claims,* based on individual, different factual circumstances, and are reflected in *more than 2,000 pages* of filed complaint assertions and supporting documentation.

In order to respond to these complaints, each claim must be researched by the same few legal and financial individuals at DCPS responsible for this subject matter, and each must be addressed in this Court by undersigned counsel. Given the volume of individual claims, and the documents required to be reviewed (and asserted facts verified), however, it is simply not possible for the necessary work to be concluded, and all of these claims to be responded to, in the 20 day period normally allowed for response to complaints under the Federal Rules and the Rules of this Court.

Accordingly, it is requested that the Court enlarge the period for responding the captioned complaint to July 1, 2006

Plaintiffs' counsel has consented to a grant of this request.

                                                    Respectfully submitted,

                                                    ROBERT J. SPAGNOLETTI
                                                    Attorney General for the District
                                                    of Columbia

        GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

May 17, 2006

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARGARET BROWN, *et al.*,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs,　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendants.　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Action No. 06-0823 (RMC) |

## **ORDER**

On consideration of the Defendants' Consent Motion For Enlargement Of Time To Respond To Complaint, filed May 17, 2006, at it appearing that a grant of that motion would be just and proper, it is, this ____ day of May, 2006,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including July 1, 2006.

_____
United States District Court Judge

4