IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET BROWN** ) | |
| Parent and next friend of M.B., a minor ) | |
| ) | |
| Plaintiff ) | |
| ) | No.: 06-CV-00823(RMC) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRAECIPE**

To the Clerk of the Court:

Please dismiss all Plaintiffs with prejudice and mark as settled, except for:

1. Olena Oliphant, Parent and next friend of R.G., a minor;

2. Sonia Serpas, Parent and next friend of G.R., a minor.

.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***