UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET BROWN, for M.B., a minor, et al.,** : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA, et al.,** : <br> : <br> Defendants. : | Civ. No. 06-0823 (RMC) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please note to the entry of the appearance of Amy Caspari, Assistant Attorney General, as counsel for defendants in this matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

                                              **/s/ Amy Caspari**
                                              Amy Caspari [#488968]
                                              Assistant Attorney General
                                              441 Fourth Street, N.W.
                                              Sixth Floor North
                                              Washington, D.C. 20001
                                              (202) 724-7794
July 12, 2006                                  email: amy.caspari@dc.gov