UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET BROWN** ) <br> Parent and next friend of M.B., a minor ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA**, *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | No.: 06-CV-00823(RMC) |

**PLAINTIFFS' OPPOSITION TO THE DEFENDANT'S
MOTION TO DISMISS**

COMES NOW, the Plaintiffs, by and through their attorneys, Tilman L. Gerald and Roxanne D. Neloms, of James E. Brown & Associates, PLLC, hereby oppose the Defendant's Motion to Dismiss filed herein against them by the Defendant for the reasons that are more specifically set forth in the Memorandum of Points and Authorities Submitted in Support of Their Opposition to the Motion to Dismiss filed contemporaneously herewith and incorporated herein as though set forth in its entirety.

Respectfully submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098 facsimile
***Attorneys for Plaintiffs***