UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARGARET BROWN, for** <br> **M.B., a minor, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : Civ. Action No. 06-0823 (RMC) <br> : <br> : <br> : <br> : |

### DEFENDANTS' ANSWER TO COMPLAINT

Defendants by counsel, hereby answer Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendants admit that this is an action for attorneys' fees pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. § 1400 *et seq.*, but deny the remaining allegations in paragraph 1.

2. Defendants admit this Court has jurisdiction pursuant to the IDEIA but deny the remaining allegations in part a of paragraph 1. Defendants admit the allegations in part c of paragraph 2.[1]

3. Defendants admit paragraph 3.

4. Defendants admit the allegations in paragraph 4 that Plaintiffs are eligible to receive special education services under the IDEIA. However, Defendants deny that the attorneys' fees request in paragraphs i. and w. are reasonable.[2]

---

[1] No answer is required with respect to part b. of paragraph 4 because any claims under 42 U.S.C. §1983 have been dismissed by this Court in its Order of March 14, 2007.
[2] With respect to the remaining parts of paragraph 4, all of those Plaintiffs' claims have been dismissed or settled, and as to which no answer is now required.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. The allegations in paragraph 7 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

8. Defendants admit the allegations in paragraph 8.

9. The allegations in paragraph 9 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

10. Defendants admit the allegations in paragraph 10.

11. Defendants admit the allegations in paragraph 11.

12. Defendants deny the allegations in paragraph 12.

13. Defendants deny the allegations in paragraph 13.

14. Defendants deny the allegations in paragraph 14.

15. The allegations in paragraph 15 are the pleader's characterization of law, to which no response is required. If a response is required, then the same are denied.

16. The allegations in paragraph 16 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

17. The allegations in paragraph 17 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

18. The allegations in paragraph 18 are the pleader's characterization of law, to which no response is required. If a response is required, then the same are denied.

19. The allegations in paragraph 15 are the pleader's characterization, to which no response is required. If a response is required, then the same are denied.

20. Defendants deny the allegations in paragraph 20.

21. Defendants do not have sufficient information to answer the allegations in paragraph 21 at this time.

22. The allegations in paragraph 22 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

23. The allegations in paragraph 23 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

24. Defendants deny the allegations in paragraph 24.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

> Respectfully submitted,
>
> LINDA SINGER
> Acting Attorney General
> for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> */s/ Edward P. Taptich*
> EDWARD P. TAPTICH [#012914]
> Chief, Equity Section II
>
> */s/ Amy Caspari*
> Amy Caspari [#488968]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-7794
> amy.caspari@dc.gov

April 3, 2007