UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET BROWN<br>Parent and next friend of M.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil No.: 06-0823(RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT RULE 16.3 REPORT

Plaintiffs and Defendants, by counsel and pursuant to Local Rule 16, file a joint meet and confer statement. Counsel for the parties conferred via e-mail and telephonic conference, and consistent with the said conferences, the parties respectfully submit the following:

**I.   Statement of the case**

Plaintiffs are seeking reimbursement of attorneys' fees incurred in the connection of litigation at the administrative level pursuant to the Individuals With Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §§1400 et seq. Defendants dispute the amount of reasonable attorneys' fees owed to the Plaintiffs. Since the filing of the Complaint, the Parties have settled all of the claims, except for those of R.G. and G.R.

**II.   Matters discussed by the parties pursuant to Local Rule 16.3(c)**

1. Based on the information available, the parties believe that this case can be decided by dispositive motions.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At

this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motions and the parties propose the following schedule:

   a. The Parties have agreed that since this case involves claims for attorneys' fees that no administrative record is necessary.

   b. The Plaintiffs will file their Motion for Summary Judgment on or before July 9, 2007.

   c. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before August 9, 2007.

   d. The Plaintiffs will file their Opposition and Reply on or before September 10, 2007.

   e. The Defendants will file their Reply on or before Friday, October 10, 2007.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12.     There is no need for a pretrial conference at this time.

13.     At this point, there is no need to set a trial date.

14.     The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 24th day of April, 2007.

_____/s/_____                                    _____/s/_____
Tilman L. Gerald [928796]                                Amy Caspari[488968]
Roxanne D. Neloms [478157]                               Office of the Attorney General for the
James E. Brown & Associates, PLLC                        District of Columbia
1220 L Street, N. W., Suite 700                          441 4th Street, N. W., 6th Floor South
Washington, D.C. 20005                                   Washington, D.C. 20001
202.742.2000                                             202.724-7794
Attorneys for Plaintiffs                                 Amy.Caspari@dc.gov
                                                         Attorney for Defendants