UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARET BROWN )<br>Parent and next friend of M.B., a minor, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0823(RMC) |

## ERRATA

Inadvertently, the parties' joint meet and confer statement, filed by the Defendants on April 24, 2007, pursuant to LCvR 16.3, did not have the proper Order attached. Thus, Defendants respectfully submit the proper Order herein regarding to the meet and confer statement.

                 Respectfully Submitted,

                  LINDA SINGER
                 Attorney General
                 for the District of Columbia

                 GEORGE C. VALENTINE
                 Deputy Attorney General
                 Civil Litigation Division

                 ***/s/ Edward P. Taptich***
                 EDWARD P. TAPTICH [#012914]
                 Chief, Equity Section II

                                                  ***/s/ Amy Caspari***
                                                  Amy Caspari [#488968]
                                                  Assistant Attorney General
                                                  441 Fourth Street, N.W.
                                                  Sixth Floor South
                                                  Washington, D.C. 20001
                                                  (202) 724-7794
April 25, 2007                               amy.caspari@dc.gov