UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
MARGARET BROWN                              )
Parent and next friend of M.B., a minor,    )
                                            )
                 Plaintiffs,                )
                                            )  Civil Action No. 06-0823(RMC)
        v.                                  )
                                            )
DISTRICT OF COLUMBIA, *et al.*,             )
                                            )
                 Defendants.                )
_____)

## ORDER

This Court, having considered the requests of the Parties, issues the following Order. It is hereby

ORDERED that the Parties shall comply with the following directives:

1. The parties are not required to file an administrative record.

2. The Plaintiffs will file their Motion for Summary Judgment on or before July 9, 2007.

3. The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before August 9, 2007.

4. The Plaintiffs will file their Opposition and Reply on or before September 10, 2007.

5. The Defendants will file their Reply on or before Friday, October 10, 2007.

SO ORDERED.

_____
United States District Judge