UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MARGARET BROWN, for** <br> **M.B., a minor, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> Defendants. | : <br> : <br> : <br> : <br> : Civ. No. 06-0823 (RMC) <br> : <br> : <br> : |

**JOINT MOTION FOR CONSENT JUDGMENT**

The parties jointly move this Court to approve the attached Consent Judgment herein dismissing any and all claims for attorneys' fees as to Plaintiff G.R., awarding attorney fees to Plaintiff R.G., and dismissing this case with prejudice.

On May 4, 2006, 35 named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, for claims asserting that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 et seq. ("IDEA") By praecipe filed July 3, 2006, Plaintiffs voluntarily dismissed 33 of the initial claims and therefore, G.R. and R.G. are the only remaining Plaintiffs in this action.

The parties agree that any and all claims for attorneys' fees by Plaintiff G.R. should be dismissed with prejudice in connection with a hearing officer's determination issued on December 12, 2005, and that an award of $18,000.00 in settlement of a any and all claims for attorney's fees by Plaintiff R.G. should be awarded in connection with a hearing officer's decision issued on January 9, 2006.  Because the District of Columbia

Appropriations Act includes a fee cap, the parties agree that the Defendants can only pay $4,000.00 to at this time. Since there are no other remaining claims, this case should be dismissed with prejudice.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/** *Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/***Tilman L. Gerald*                   */s/ Amy Caspari*
Tilman L. Gerald [928796]            Amy Caspari [#488968]
Brown & Associates                       Assistant Attorney General
1220 L St. N.W., #700                   441 Fourth Street, N.W., 6th Fl. S
Washington, D.C. 20005              Washington, D.C. 20001
(202) 742-2000                              (202) 724-7794
rneloms@jeblaw.biz                     amy.caspari@dc.gov
Attorney for Plaintiff O.H.             Attorney for Defendants

May 31, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARGARET BROWN,** for M.B., a minor, et al., | : : : |
| Plaintiffs, | : : |
| v. | : Civ. No. 06-0823 (RMC) |
| **DISTRICT OF COLUMBIA, et al.,** | : : |
| Defendants. | : : : |

**CONSENT JUDGMENT**

Upon consideration of the parties' May 31, 2007, Joint Motion for Consent Judgment, it is on this _____ day of _____, 2007, hereby

**ORDERED,** that any and all claims of Plaintiff G.R. in connection with her complaint for fees and the December 12, 2005 Hearing Officer's Determination are dismissed with prejudice, and it is

**FURTHER ORDERED,** that Plaintiff R.G. is awarded $18,000.00 in settlement of any and all claims for attorneys' fees by the Plaintiff in connection with her complaint for fees and the January 9, 2006, Hearing Officer's Determination; and it is

**FURTHER ORDERED,** that the Defendants will pay to James E. Brown & Associates $4,000.00 in attorneys' fees within 60 days of the date of this Order, which is the only amount of attorneys fees the Defendants can pay at this time under the fee cap in the District of Columbia Appropriations Act; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issue in this matter; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

_____
**United States District Judge**

4