# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET BROWN, for | : | |
| M.B., a minor, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 06-0823 (RMC) |
| | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| | : | |
| Defendants. | : | |

## CONSENT JUDGMENT

Upon consideration of the parties' May 31, 2007, Joint Motion for Consent

Judgment, it is on this _____3rd_____ day of _June_ 2007, hereby

**ORDERED,** that any and all claims of Plaintiff G.R. in connection with her

complaint for fees and the December 12, 2005 Hearing Officer's Determination are

dismissed with prejudice, and it is

**FURTHER ORDERED,** that Plaintiff R.G. is awarded $18,000.00 in settlement

of any and all claims for attorneys' fees by the Plaintiff in connection with her complaint

for fees and the January 9, 2006, Hearing Officer's Determination; and it is

**FURTHER ORDERED,** that the Defendants will pay to James E. Brown &

Associates $4,000.00 in attorneys' fees within 60 days of the date of this Order, which is

the only amount of attorneys fees the Defendants can pay at this time under the fee cap in

the District of Columbia Appropriations Act; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issue in this

matter; and it is

**FURTHER ORDERED** that this case is dismissed with prejudice.

_Rosemary M. Colyer_

**United States District Judge**